# EXHIBIT B

**Exhibit B**

**Preliminary Analysis of Infringement of U.S. Patent No. 6,839,553**

Aegis 11 S.A. ("Aegis 11"), owner of U.S. Patent No. 6,839,553 (the "'553 patent") entitled "Method of Managing Mobile Station Operational Parameters" provides this preliminary and exemplary infringement analysis with respect to Belkin International, Inc.'s ("Belkin") infringement of the '553 patent.

Belkin directly infringes the '553 patent in violation of 35 U.S.C. § 271(a) by selling, offering to sell, making, using, and/or importing instrumentalities which embody the claimed features of the patented invention.

Unless otherwise noted, Aegis 11 believes and contends that each element of each claim asserted herein is literally met through Belkin's provision of the '553 Patent Accused Instrumentalities, as that term is defined in the Complaint. However, to the extent that Belkin attempts to allege that any asserted claim element is not literally met, Aegis 11 believes and contends that such elements are met under the doctrine of equivalents. More specifically, in its investigation and analysis of the '553 Patent Accused Instrumentalities sold, offered for sale, made, used, and/or imported by Belkin, Aegis 11 did not identify any substantial differences between the elements of the patent claims and the corresponding features of the '553 Patent Accused Instrumentalities, as set forth herein. In each instance, the identified feature of the '553 Patent Accused Instrumentalities performs at least substantially the same function in substantially the same way to achieve substantially the same result as the corresponding claim element.

Aegis 11 notes that the present claim chart and analysis are necessarily preliminary because Aegis 11 has not received any discovery from Belkin, nor has Belkin disclosed any analysis in support of any purported non-infringement positions. Further, Aegis 11 does not have the benefit of claim construction or expert discovery. Aegis 11 hereby specifically reserves the right to supplement and/or amend the positions taken in this preliminary and exemplary infringement analysis, including with respect to literal infringement and infringement under the doctrine of equivalents, if and when warranted by further information obtained by Aegis 11 prior to or during the pendency of the litigation, including information adduced through fact discovery, claim construction, expert discovery, and/or further analysis. Nothing in this preliminary and exemplary infringement analysis constitutes an implicit or explicit proposal regarding the construction of any claim term or phrase.

Case 1:19-cv-01161-RGA     Document 1-2     Filed 06/21/19     Page 3 of 8 PageID #: 28

| *'553 Patent Claim 1* | *Evidence in IEEE 802.11-2016* |
|---|---|
| **1. A method of managing mobile station operational parameters in a wireless communication network comprising:**<br><br>transmitting a message from a network to a mobile station to indicate an initiation of an update of the mobile station operational parameters; and<br><br>updating the mobile station operational parameters after completing a mutual authentication between the mobile station and the network, wherein the mutual authentication comprises each of an authentication of the mobile station by the network and an authentication of the network by the mobile station, and wherein the mutual authentication is performed by generating at least one random number by each of the network and the mobile station. | **4.10.3 Infrastructure functional model overview**<br><br>**4.10.3.1 General**<br><br>This subclause summarizes the system setup and operation of an RSN, in three cases: when a password or PSK is used during IEEE 802.11 authentication, when an IEEE 802.1X AS is used after Open System authentication, and when a PSK is used after Open System authentication. In an RSN, an AP includes an Authenticator, and each associated STA includes a Supplicant.<br><br>A 4-way handshake or FT 4-way handshake utilizing EAPOL-Key frames is initiated by the Authenticator to do the following:<br>— Confirm that a live peer holds the PMK.<br>— Confirm that the PMK is current.<br>— In the case of fast BSS transition, derive PMK-R0s and PMK-R1s.<br>— Derive a fresh pairwise transient key (PTK) from the PMK or, in the case of fast BSS transition, from the PMK-R1.<br>— Install the pairwise encryption and integrity keys.<br>— Transport the group temporal key (GTK) and GTK sequence number from Authenticator to Supplicant and install the GTK and GTK sequence number in the STA and, if not already installed, in the AP.<br>— If management frame protection is negotiated, transport the IGTK and the IGTK packet number (IPN) from the Authenticator to the Supplicant and install these values in the STA and, if not already installed, in the AP.<br>— Verify that the RSN capabilities negotiated are valid as defined in 9.4.2.25.4.<br>— Confirm the cipher suite selection.<br><br>Installing the PTK, and where applicable the GTK and, if management frame protection is negotiated, the IGTK, causes the MAC to encrypt and decrypt all subsequent MSDUs irrespective of their path through the controlled or uncontrolled ports.<br><br>Upon successful completion of the 4-way handshake, the Authenticator and Supplicant have authenticated each other; and the IEEE 802.1X Controlled Ports are unblocked to permit general data traffic. See Figure 4-27. |

| '553 Patent Claim 1 | Evidence in IEEE 802.11-2016 |
|---|---|
| 1. A method of managing mobile station operational parameters in a wireless communication network comprising:<br><br>**transmitting a message from a network to a mobile station to indicate an initiation of an update of the mobile station operational parameters; and**<br><br>updating the mobile station operational parameters after completing a mutual authentication between the mobile station and the network, wherein the mutual authentication comprises each of an authentication of the mobile station by the network and an authentication of the network by the mobile station, and wherein the mutual authentication is performed by generating at least one random number by each of the network and the mobile station. | <br>Figure 4-27—Establishing pairwise and group keys |

| '553 Patent Claim 1 | Evidence in IEEE 802.11-2016 |
|---|---|
| 1. A method of managing mobile station operational parameters in a wireless communication network comprising:<br><br>transmitting a message from a network to a mobile station to indicate an initiation of an update of the mobile station operational parameters; and<br><br>**updating the mobile station operational parameters after completing a mutual authentication between the mobile station and the network,**<br><br>wherein the mutual authentication comprises each of an authentication of the mobile station by the network and an authentication of the network by the mobile station, and<br><br>wherein the mutual authentication is performed by generating at least one random number by each of the network and the mobile station. | <br><br>Figure 4-27—Establishing pairwise and group keys |

4

| *'553 Patent Claim 1* | *Evidence in IEEE 802.11-2016* |
|---|---|
| 1. A method of managing mobile station operational parameters in a wireless communication network comprising:<br><br>transmitting a message from a network to a mobile station to indicate an initiation of an update of the mobile station operational parameters; and<br><br>updating the mobile station operational parameters after completing a mutual authentication between the mobile station and the network,<br><br>**wherein the mutual authentication comprises each of an authentication of the mobile station by the network and an authentication of the network by the mobile station, and**<br><br>wherein the mutual authentication is performed by generating at least one random number by each of the network and the mobile station. | **4.10.3 Infrastructure functional model overview**<br><br>**4.10.3.1 General**<br><br>This subclause summarizes the system setup and operation of an RSN, in three cases: when a password or PSK is used during IEEE 802.11 authentication, when an IEEE 802.1X AS is used after Open System authentication, and when a PSK is used after Open System authentication. In an RSN, an AP includes an Authenticator, and each associated STA includes a Supplicant.<br><br>A 4-way handshake or FT 4-way handshake utilizing EAPOL-Key frames is initiated by the Authenticator to do the following:<br>— Confirm that a live peer holds the PMK.<br>— Confirm that the PMK is current.<br>— In the case of fast BSS transition, derive PMK-R0s and PMK-R1s.<br>— Derive a fresh pairwise transient key (PTK) from the PMK or, in the case of fast BSS transition, from the PMK-R1.<br>— Install the pairwise encryption and integrity keys.<br>— Transport the group temporal key (GTK) and GTK sequence number from Authenticator to Supplicant and install the GTK and GTK sequence number in the STA and, if not already installed, in the AP.<br>— If management frame protection is negotiated, transport the IGTK and the IGTK packet number (IPN) from the Authenticator to the Supplicant and install these values in the STA and, if not already installed, in the AP.<br>— Verify that the RSN capabilities negotiated are valid as defined in 9.4.2.25.4.<br>— Confirm the cipher suite selection.<br><br>Installing the PTK, and where applicable the GTK and, if management frame protection is negotiated, the IGTK, causes the MAC to encrypt and decrypt all subsequent MSDUs irrespective of their path through the controlled or uncontrolled ports.<br><br>Upon successful completion of the 4-way handshake, the Authenticator and Supplicant have authenticated each other; and the IEEE 802.1X Controlled Ports are unblocked to permit general data traffic. See Figure 4-27. |

| *'553 Patent Claim 1* | *Evidence in IEEE 802.11-2016* |
|---|---|
| 1. A method of managing mobile station operational parameters in a wireless communication network comprising:<br><br>transmitting a message from a network to a mobile station to indicate an initiation of an update of the mobile station operational parameters; and<br><br>updating the mobile station operational parameters after completing a mutual authentication between the mobile station and the network,<br><br>wherein the mutual authentication comprises each of an authentication of the mobile station by the network and an authentication of the network by the mobile station, and<br><br>**wherein the mutual authentication is performed by generating at least one random number by each of the network and the mobile station.** | <br><br>**Figure 4-27—Establishing pairwise and group keys**<br><br>**12.7.1.3 Pairwise key hierarchy**<br><br>Here, the following assumptions apply:<br><br>— SNonce is a random or pseudorandom value contributed by the Supplicant; its value is taken when a PTK is instantiated and is sent to the PTK Authenticator.<br><br>— ANonce is a random or pseudorandom value contributed by the Authenticator. |

Case 1:19-cv-01161-RGA    Document 1-2    Filed 06/21/19    Page 8 of 8 PageID #: 33

7