# EXHIBIT D

**Exhibit D**

**Preliminary Analysis of Infringement of U.S. Patent No. 9,848,443**

Aegis 11 S.A.  ("Aegis 11"), owner of U.S. Patent No. 9,848,443 (the "'443 patent") entitled "Method and Apparatus of Accessing Channel in Wireless Communication System" provides this preliminary and exemplary infringement analysis with respect to Belkin International, Inc.'s ("Belkin") infringement of the '443 patent.

Belkin directly infringes the '443 patent in violation of 35 U.S.C. § 271(a) by selling, offering to sell, making, using, and/or importing instrumentalities which embody the claimed features of the patented invention.

Unless otherwise noted, Aegis 11 believes and contends that each element of each claim asserted herein is literally met through Belkin's provision of the '443 Patent Accused Instrumentalities, as that term is defined in the Complaint.  However, to the extent that Belkin attempts to allege that any asserted claim element is not literally met, Aegis 11 believes and contends that such elements are met under the doctrine of equivalents.  More specifically, in its investigation and analysis of the '443 Patent Accused Instrumentalities sold, offered for sale, made, used, and/or imported by Belkin, Aegis 11 did not identify any substantial differences between the elements of the patent claims and the corresponding features of the '443 Patent Accused Instrumentalities, as set forth herein.  In each instance, the identified feature of the '443 Patent Accused Instrumentalities performs at least substantially the same function in substantially the same way to achieve substantially the same result as the corresponding claim element.

Aegis 11 notes that the present claim chart and analysis are necessarily preliminary because Aegis 11 has not received any discovery from Belkin, nor has Belkin disclosed any analysis in support of any purported non-infringement positions.  Further, Aegis 11 does not have the benefit of claim construction or expert discovery.  Aegis 11 hereby specifically reserves the right to supplement and/or amend the positions taken in this preliminary and exemplary infringement analysis, including with respect to literal infringement and infringement under the doctrine of equivalents, if and when warranted by further information obtained by Aegis 11 prior to or during the pendency of the litigation, including information adduced through fact discovery, claim construction, expert discovery, and/or further analysis.  Nothing in this preliminary and exemplary infringement analysis constitutes an implicit or explicit proposal regarding the construction of any claim term or phrase.

Case 1:19-cv-01161-RGA    Document 1-4    Filed 06/21/19    Page 3 of 28 PageID #: 49

| '443 Patent Claim 1 | Evidence in 802.11-2016 |
|---|---|
| 1. A method for communicating by a transmitting station in a wireless communication system, the method comprising:<br><br>**receiving first channel information from an access point (AP), the first channel information indicating a primary channel which is a common channel of operation for all stations managed by the AP;**<br><br>**receiving second channel information from the AP, the second channel information indicating an available channel bandwidth;**<br><br>setting an operating channel based on the second channel information; and<br><br>communicating with the AP through the operating channel,<br><br>wherein the operating channel includes the primary channel, a secondary channel and two extension channels,<br><br>wherein, when the second channel information indicates that the available channel bandwidth is 80 MHz, the setting the operational channel comprises setting the primary channel to be located between the secondary channel and at least one of the two extension channels, and<br>wherein each of the primary channel, the secondary channel and the two extension channels has a bandwidth of 20 MHz. | **9.3.3.3 Beacon frame format**<br><br>The frame body of a Beacon frame contains the information shown in Table 9-27.<br><br>**Table 9-27—Beacon frame body**<br><br><br><br>| 35 | HT Operation | The HT Operation element is included by an AP and a mesh STA when dot11HighThroughputOptionImplemented is true. |<br>| 58 | VHT Operation | The VHT Operation element is present when the dot11VHTOptionImplemented is true; otherwise, it is not present. |<br><br>**11.40 VHT BSS operation**<br><br>**11.40.1 Basic VHT BSS functionality**<br><br>A VHT STA has dot11VHTOptionImplemented equal to true.<br><br>A STA that is starting a VHT BSS shall be able to receive and transmit at each of the <VHT-MCS, NSS> tuple values indicated by the Basic VHT-MCS And NSS Set field of the VHT Operation parameter of the MLME-START.request primitive and shall be able to receive at each of the <VHT-MCS, NSS> tuple values indicated by the Supported VHT-MCS and NSS Set field of the VHT Capabilities parameter of the MLME-START.request primitive. |

| '443 Patent Claim 1 | Evidence in 802.11-2016 |
|---|---|
| 1. A method for communicating by a transmitting station in a wireless communication system, the method comprising:<br><br>**receiving first channel information from an access point (AP), the first channel information indicating a primary channel which is a common channel of operation for all stations managed by the AP;**<br><br>receiving second channel information from the AP, the second channel information indicating an available channel bandwidth;<br><br>setting an operating channel based on the second channel information; and<br><br>communicating with the AP through the operating channel,<br><br>wherein the operating channel includes the primary channel, a secondary channel and two extension channels,<br><br>wherein, when the second channel information indicates that the available channel bandwidth is 80 MHz, the setting the operational channel comprises setting the primary channel to be located between the secondary channel and at least one of the two extension channels, and<br>wherein each of the primary channel, the secondary channel and the two extension channels has a bandwidth of 20 MHz. | **9.4.2.57 HT Operation element**<br><br>The operation of HT STAs in the BSS is controlled by the HT Operation element. The structure of this element is defined in Figure 9-338.<br><br><br><br>**Figure 9-338—HT Operation element format**<br><br>**Table 9-168—HT Operation element fields and subfields**<br><br>| Field | Definition | Encoding | Reserved in IBSS? | Reserved in MBSS? |<br>|---|---|---|---|---|<br>| Primary Channel | Indicates the channel number of the primary channel. See 11.16.2. | Channel number of the primary channel | N | N | |

Case 1:19-cv-01161-RGA   Document 1-4   Filed 06/21/19   Page 5 of 28 PageID #: 51

| '443 Patent Claim 1 | Evidence in 802.11-2016 |
|---|---|
| 1. A method for communicating by a transmitting station in a wireless communication system, the method comprising:<br><br>receiving first channel information from an access point (AP), the first channel information indicating a primary channel which is a common channel of operation for all stations managed by the AP;<br><br>**receiving second channel information from the AP, the second channel information indicating an available channel bandwidth;**<br><br>setting an operating channel based on the second channel information; and<br><br>communicating with the AP through the operating channel,<br><br>wherein the operating channel includes the primary channel, a secondary channel and two extension channels,<br><br>wherein, when the second channel information indicates that the available channel bandwidth is 80 MHz, the setting the operational channel comprises setting the primary channel to be located between the secondary channel and at least one of the two extension channels, and<br>wherein each of the primary channel, the secondary channel and the two extension channels has a bandwidth of 20 MHz. | **11.40 VHT BSS operation**<br><br>**11.40.1 Basic VHT BSS functionality**<br><br>A STA that is a VHT AP or a VHT mesh STA shall set the STA Channel Width subfield in the HT Operation element HT Operation Information field and the Channel Width, Channel Center Frequency Segment 0 and Channel Center Frequency Segment 1 subfields in the VHT Operation element VHT Operation Information field to indicate the BSS bandwidth as defined in Table 11-24. |

Table 11-24—VHT BSS bandwidth

| HT Operation element STA Channel Width field | VHT Operation element Channel Width field | VHT Operation element Channel Center Frequency Segment 1 subfield | BSS bandwidth |
|---|---|---|---|
| 0 | 0 | 0 | 20 MHz |
| 1 | 0 | 0 | 40 MHz |
| 1 | 1 | 0 | 80 MHz |
| 1 | 1 | CCFS1 > 0 and \| CCFS1 - CCFS0 \| = 8 | 160 MHz |
| 1 | 1 | CCFS1 > 0 and \| CCFS1 - CCFS0 \| > 16 | 80+80 MHz |
| 1 | 2 | 0 | 160 MHz (deprecated) |
| 1 | 3 | CCFS1 > 0 and \| CCFS1 - CCFS0 \| > 16 | 80+80 MHz (deprecated) |
| NOTE 1—CCFS0 represents the value of the Channel Center Frequency Segment 0 subfield.<br>NOTE 2—CCFS1 represents the value of the Channel Center Frequency Segment 1 subfield. | | | |

| '443 Patent Claim 1 | Evidence in 802.11-2016 |
|---|---|
| 1. A method for communicating by a transmitting station in a wireless communication system, the method comprising:<br><br>receiving first channel information from an access point (AP), the first channel information indicating a primary channel which is a common channel of operation for all stations managed by the AP;<br><br>**receiving second channel information from the AP, the second channel information indicating an available channel bandwidth;**<br><br>setting an operating channel based on the second channel information; and<br><br>communicating with the AP through the operating channel,<br><br>wherein the operating channel includes the primary channel, a secondary channel and two extension channels,<br><br>wherein, when the second channel information indicates that the available channel bandwidth is 80 MHz, the setting the operational channel comprises setting the primary channel to be located between the secondary channel and at least one of the two extension channels, and<br>wherein each of the primary channel, the secondary channel and the two extension channels has a bandwidth of 20 MHz. | **9.4.2.159 VHT Operation element**<br><br>The operation of VHT STAs in the BSS is controlled by the HT Operation element and the VHT Operation element. The format of the VHT Operation element is defined in Figure 9-563.<br><br><br><br>**Figure 9-563—VHT Operation element format**<br><br>The Element ID and Length fields are defined in 9.4.2.1.<br><br>The structure of the VHT Operation Information field is defined in Figure 9-564.<br><br><br><br>**Figure 9-564—VHT Operation Information field**<br><br>The VHT STA gets the primary channel information from the HT Operation element. The subfields of the VHT Operation Information field are defined in Table 9-252.<br><br>**Table 9-252—VHT Operation Information subfields**<br><br>(see table below) |

**Table 9-252—VHT Operation Information subfields**

| Subfield | Definition | Encoding |
|---|---|---|
| Channel Width | This field, together with the HT Operation element STA Channel Width field, defines the BSS bandwidth (see 11.40.1). | Set to 0 for 20 MHz or 40 MHz BSS bandwidth.<br>Set to 1 for 80 MHz, 160 MHz or 80+80 MHz BSS bandwidth.<br>Set to 2 for 160 MHz BSS bandwidth (deprecated).<br>Set to 3 for non-contiguous 80+80 MHz BSS bandwidth (deprecated).<br>Values in the range 4 to 255 are reserved. |

Case 1:19-cv-01161-RGA Document 1-4 Filed 06/21/19 Page 7 of 28 PageID #: 53

| '443 Patent Claim 1 | Evidence in 802.11-2016 |
|---|---|
| 1. A method for communicating by a transmitting station in a wireless communication system, the method comprising:<br><br>receiving first channel information from an access point (AP), the first channel information indicating a primary channel which is a common channel of operation for all stations managed by the AP;<br><br>**receiving second channel information from the AP, the second channel information indicating an available channel bandwidth;**<br><br>setting an operating channel based on the second channel information; and<br><br>communicating with the AP through the operating channel,<br><br>wherein the operating channel includes the primary channel, a secondary channel and two extension channels,<br><br>wherein, when the second channel information indicates that the available channel bandwidth is 80 MHz, the setting the operational channel comprises setting the primary channel to be located between the secondary channel and at least one of the two extension channels, and<br>wherein each of the primary channel, the secondary channel and the two extension channels has a bandwidth of 20 MHz. | **9.4.2.57 HT Operation element**<br><br>The operation of HT STAs in the BSS is controlled by the HT Operation element. The structure of this element is defined in Figure 9-338.<br><br><br><br>**Figure 9-338—HT Operation element format**<br><br>The structure of the HT Operation Information field is shown in Figure 9-339.<br><br><br><br>**Figure 9-339—HT Operation Information field** |

| '443 Patent Claim 1 | Evidence in 802.11-2016 |
|---|---|
| 1. A method for communicating by a transmitting station in a wireless communication system, the method comprising:<br><br>receiving first channel information from an access point (AP), the first channel information indicating a primary channel which is a common channel of operation for all stations managed by the AP;<br><br>receiving second channel information from the AP, the second channel information indicating an available channel bandwidth;<br><br>**setting an operating channel based on the second channel information; and**<br><br>**communicating with the AP through the operating channel,**<br><br>**wherein the operating channel includes the primary channel, a secondary channel and two extension channels,**<br><br>**wherein, when the second channel information indicates that the available channel bandwidth is 80 MHz, the setting the operational channel comprises setting the primary channel to be located between the secondary channel and at least one of the two extension channels, and wherein each of the primary channel, the secondary channel and the two extension channels has a bandwidth of 20 MHz.** |  |

**8.3.5.12 PHY-CCA.indication**

**8.3.5.12.2 Semantics of the service primitive**

Figure 8-1—The channel-list parameter element for 40 MHz, 80 MHz, and 160 MHz channel width

Table 11-24—VHT BSS bandwidth

| HT Operation element STA Channel Width field | VHT Operation element Channel Width field | VHT Operation element Channel Center Frequency Segment 1 subfield | BSS bandwidth |
|---|---|---|---|
| 0 | 0 | 0 | 20 MHz |
| 1 | 0 | 0 | 40 MHz |
| 1 | 1 | 0 | 80 MHz |
| 1 | 1 | CCFS1 > 0 and \| CCFS1 - CCFS0 \| = 8 | 160 MHz |
| 1 | 1 | CCFS1 > 0 and \| CCFS1 - CCFS0 \| > 16 | 80+80 MHz |

| *'443 Patent Claim 2* | *Evidence in 802.11-2016* |
|---|---|
| 2. The method of claim 1, **wherein the primary channel is not overlapped with any of the secondary channel and the two extension channels.** |  |

**8.3.5.12 PHY-CCA.indication**

**8.3.5.12.2 Semantics of the service primitive**

Figure 8-1—The channel-list parameter element for 40 MHz, 80 MHz, and 160 MHz channel width

| '443 Patent Claim 3 | Evidence in 802.11-2016 |
|---|---|
| 3. The method of claim 1, **wherein communicating with the AP comprises:**<br><br>**performing a Clear Channel Assessment (CCA) to determine whether the primary channel is idle.** | **10.22.2.5 EDCA channel access in a VHT or TVHT BSS**<br><br>If the MAC receives a PHY-CCA.indication primitive with the channel-list parameter present, the channels considered idle are defined in Table 10-10. |

Table 10-10—Channels indicated idle by the channel-list parameter

| PHY-CCA.indication primitive channel-list element | Idle channels |
|---|---|
| primary | None |
| secondary | Primary 20 MHz channel |
| secondary40 | Primary 20 MHz channel and secondary 20 MHz channel |
| secondary80 | Primary 20 MHz channel, secondary 20 MHz channel, and secondary 40 MHz channel |

In the following description, the CCA is sampled according to the timing relationships defined in 10.3.7. Slot boundaries are determined solely by activity on the primary channel. "Channel idle for an interval of PIFS" means that the STATE parameter of the most recent PHY-CCA.indication primitive was IDLE, and no PHY-CCA.indication(BUSY) occurred during the period of PIFS that ends at the start of transmission, the CCA for that channel was determined to be idle.

9

| ***'443 Patent Claim 4*** | ***Evidence in 802.11-2016*** |
|---|---|
| 4. The method of claim 3, wherein communicating with the AP further comprises:<br><br>**transmitting data through the operating channel to the AP only when the primary channel is idle and both the secondary channel and the two extension channels were idle during an interval.** | **10.22.2.5 EDCA channel access in a VHT or TVHT BSS**<br><br>If the MAC receives a PHY-CCA.indication primitive with the channel-list parameter present, the channels considered idle are defined in Table 10-10.<br><br>**Table 10-10—Channels indicated idle by the channel-list parameter**<br><br>{table below} |

| PHY-CCA.indication primitive channel-list element | Idle channels |
|---|---|
| primary | None |
| secondary | Primary 20 MHz channel |
| secondary40 | Primary 20 MHz channel and secondary 20 MHz channel |
| secondary80 | Primary 20 MHz channel, secondary 20 MHz channel, and secondary 40 MHz channel |

If a STA is permitted to begin a TXOP (as defined in 10.22.2.4) and the STA has at least one MSDU pending for transmission for the AC of the permitted TXOP, the STA shall perform exactly one of the following actions:

a)  Transmit a 160 MHz or 80+80 MHz mask PPDU if the secondary channel, the secondary 40 MHz channel, and the secondary 80 MHz channel were idle during an interval of PIFS immediately preceding the start of the TXOP.

b)  Transmit an 80 MHz mask PPDU on the primary 80 MHz channel if both the secondary channel and the secondary 40 MHz channel were idle during an interval of PIFS immediately preceding the start of the TXOP.

Case 1:19-cv-01161-RGA   Document 1-4   Filed 06/21/19   Page 12 of 28 PageID #: 58

| *'443 Patent Claim 5* | *Evidence in 802.11-2016* |
|---|---|
| 5. The method of claim 4, **wherein the data is not transmitted when the primary channel is not idle regardless of whether any of the secondary channel and the two extension channels is idle.** | **10.22.2.5 EDCA channel access in a VHT or TVHT BSS**<br><br>If the MAC receives a PHY-CCA.indication primitive with the channel-list parameter present, the channels considered idle are defined in Table 10-10.<br><br>**Table 10-10—Channels indicated idle by the channel-list parameter**<br><br>{{TABLE}}<br><br>If a STA is permitted to begin a TXOP (as defined in 10.22.2.4) and the STA has at least one MSDU pending for transmission for the AC of the permitted TXOP, the STA shall perform exactly one of the following actions:<br><br>e)   Restart the channel access attempt by invoking the backoff procedure as specified in 10.22.2 as though the medium is busy on the primary channel as indicated by either physical or virtual CS and the backoff timer has a value of 0. |

Table 10-10:

| PHY-CCA.indication primitive channel-list element | Idle channels |
|---|---|
| primary | None |
| secondary | Primary 20 MHz channel |
| secondary40 | Primary 20 MHz channel and secondary 20 MHz channel |
| secondary80 | Primary 20 MHz channel, secondary 20 MHz channel, and secondary 40 MHz channel |

| '443 Patent Claim 6 | Evidence in 802.11-2016 |
|---|---|

6. A device for a wireless local area network, the device comprising:

a radio frequency unit configured to transmit a radio signal; and

a processor coupled with the radio frequency unit and configured to:

**control the radio frequency unit to receive first channel information from an access point (AP), the first channel information indicating a primary channel which is a common channel of operation for all stations managed by the AP;**

**control the radio frequency unit to receive second channel information from the AP, the second channel information indicating an available channel bandwidth;**

set an operating channel based on the second channel information; and

control the radio frequency unit to communicate with the AP through the operating channel,

wherein the operating channel includes the primary channel, a secondary channel and two extension channels,

wherein, when the second channel information indicates that the available channel bandwidth is 80 MHz, the processor sets the operating channel so that the primary channel is located between the secondary channel and at

**9.3.3.3 Beacon frame format**

The frame body of a Beacon frame contains the information shown in Table 9-27.

**Table 9-27—Beacon frame body**



| 35 | HT Operation | The HT Operation element is included by an AP and a mesh STA when dot11HighThroughputOptionImplemented is true. |
|---|---|---|
| 58 | VHT Operation | The VHT Operation element is present when the dot11VHTOptionImplemented is true; otherwise, it is not present. |

**11.40 VHT BSS operation**

**11.40.1 Basic VHT BSS functionality**

A VHT STA has dot11VHTOptionImplemented equal to true.

A STA that is starting a VHT BSS shall be able to receive and transmit at each of the <VHT-MCS, NSS> tuple values indicated by the Basic VHT-MCS And NSS Set field of the VHT Operation parameter of the MLME-START.request primitive and shall be able to receive at each of the <VHT-MCS, NSS> tuple values indicated by the Supported VHT-MCS and NSS Set field of the VHT Capabilities parameter of the MLME-START.request primitive.

12

| '443 Patent Claim 6 | Evidence in 802.11-2016 |
|---|---|
| least one of the two extension channels, and | |
| wherein each of the primary channel, the secondary channel and the two extension channels has a bandwidth of 20 MHz. | |

| '443 Patent Claim 6 | Evidence in 802.11-2016 |
|---|---|
| 6. A device for a wireless local area network, the device comprising:<br><br>a radio frequency unit configured to transmit a radio signal; and<br><br>a processor coupled with the radio frequency unit and configured to:<br><br>**control the radio frequency unit to receive first channel information from an access point (AP), the first channel information indicating a primary channel which is a common channel of operation for all stations managed by the AP;**<br><br>control the radio frequency unit to receive second channel information from the AP, the second channel information indicating an available channel bandwidth;<br><br>set an operating channel based on the second channel information; and<br><br>control the radio frequency unit to communicate with the AP through the operating channel,<br><br>wherein the operating channel includes the primary channel, a secondary channel and two extension channels,<br><br>wherein, when the second channel information indicates that the available channel bandwidth is 80 MHz, the processor sets the operating channel so that the primary channel is located between the secondary channel and at | **9.4.2.57 HT Operation element**<br><br>The operation of HT STAs in the BSS is controlled by the HT Operation element. The structure of this element is defined in Figure 9-338.<br><br><br><br>Figure 9-338—HT Operation element format<br><br>Table 9-168—HT Operation element fields and subfields<br><br>| Field | Definition | Encoding | Reserved in IBSS? | Reserved in MBSS? |<br>|---|---|---|---|---|<br>| Primary Channel | Indicates the channel number of the primary channel. See 11.16.2. | Channel number of the primary channel | N | N | |

| '443 Patent Claim 6 | Evidence in 802.11-2016 |
|---|---|
| least one of the two extension channels, and | |
| wherein each of the primary channel, the secondary channel and the two extension channels has a bandwidth of 20 MHz. | |

| '443 Patent Claim 6 | Evidence in 802.11-2016 |
|---|---|

6. A device for a wireless local area network, the device comprising:

a radio frequency unit configured to transmit a radio signal; and

a processor coupled with the radio frequency unit and configured to:

control the radio frequency unit to receive first channel information from an access point (AP), the first channel information indicating a primary channel which is a common channel of operation for all stations managed by the AP;

**control the radio frequency unit to receive second channel information from the AP, the second channel information indicating an available channel bandwidth;**

set an operating channel based on the second channel information; and

control the radio frequency unit to communicate with the AP through the operating channel,

wherein the operating channel includes the primary channel, a secondary channel and two extension channels,

wherein, when the second channel information indicates that the available channel bandwidth is 80 MHz, the processor sets the operating channel so that the primary channel is located between the secondary channel and at

## 11.40 VHT BSS operation

### 11.40.1 Basic VHT BSS functionality

A STA that is a VHT AP or a VHT mesh STA shall set the STA Channel Width subfield in the HT Operation element HT Operation Information field and the Channel Width, Channel Center Frequency Segment 0 and Channel Center Frequency Segment 1 subfields in the VHT Operation element VHT Operation Information field to indicate the BSS bandwidth as defined in Table 11-24.

### Table 11-24—VHT BSS bandwidth

| HT Operation element STA Channel Width field | VHT Operation element Channel Width field | VHT Operation element Channel Center Frequency Segment 1 subfield | BSS bandwidth |
|---|---|---|---|
| 0 | 0 | 0 | 20 MHz |
| 1 | 0 | 0 | 40 MHz |
| 1 | 1 | 0 | 80 MHz |
| 1 | 1 | CCFS1 > 0 and \| CCFS1 - CCFS0 \| = 8 | 160 MHz |
| 1 | 1 | CCFS1 > 0 and \| CCFS1 - CCFS0 \| > 16 | 80+80 MHz |
| 1 | 2 | 0 | 160 MHz (deprecated) |
| 1 | 3 | CCFS1 > 0 and \| CCFS1 - CCFS0 \| > 16 | 80+80 MHz (deprecated) |

NOTE 1—CCFS0 represents the value of the Channel Center Frequency Segment 0 subfield.
NOTE 2—CCFS1 represents the value of the Channel Center Frequency Segment 1 subfield.

| '443 Patent Claim 6 | Evidence in 802.11-2016 |
|---|---|
| least one of the two extension channels, and<br><br>wherein each of the primary channel, the secondary channel and the two extension channels has a bandwidth of 20 MHz. | |

| '443 Patent Claim 6 | Evidence in 802.11-2016 |
|---|---|

6. A device for a wireless local area network, the device comprising:

a radio frequency unit configured to transmit a radio signal; and

a processor coupled with the radio frequency unit and configured to:

control the radio frequency unit to receive first channel information from an access point (AP), the first channel information indicating a primary channel which is a common channel of operation for all stations managed by the AP;

**control the radio frequency unit to receive second channel information from the AP, the second channel information indicating an available channel bandwidth;**

set an operating channel based on the second channel information; and

control the radio frequency unit to communicate with the AP through the operating channel,

wherein the operating channel includes the primary channel, a secondary channel and two extension channels,

wherein, when the second channel information indicates that the available channel bandwidth is 80 MHz, the processor sets the operating channel so that the primary channel is located between the secondary channel and at

### 9.4.2.159 VHT Operation element

The operation of VHT STAs in the BSS is controlled by the HT Operation element and the VHT Operation element. The format of the VHT Operation element is defined in Figure 9-563.



**Figure 9-563—VHT Operation element format**

The Element ID and Length fields are defined in 9.4.2.1.

The structure of the VHT Operation Information field is defined in Figure 9-564.



**Figure 9-564—VHT Operation Information field**

| '443 Patent Claim 6 | Evidence in 802.11-2016 |
|---|---|
| least one of the two extension channels, and<br><br>wherein each of the primary channel, the secondary channel and the two extension channels has a bandwidth of 20 MHz. | |

| '443 Patent Claim 6 | Evidence in 802.11-2016 |
|---|---|

6. A device for a wireless local area network, the device comprising:

a radio frequency unit configured to transmit a radio signal; and

a processor coupled with the radio frequency unit and configured to:

control the radio frequency unit to receive first channel information from an access point (AP), the first channel information indicating a primary channel which is a common channel of operation for all stations managed by the AP;

**control the radio frequency unit to receive second channel information from the AP, the second channel information indicating an available channel bandwidth;**

set an operating channel based on the second channel information; and

control the radio frequency unit to communicate with the AP through the operating channel,

wherein the operating channel includes the primary channel, a secondary channel and two extension channels,

wherein, when the second channel information indicates that the available channel bandwidth is 80 MHz, the processor sets the operating channel so that the primary channel is located between the secondary channel and at

### 9.4.2.57 HT Operation element

The operation of HT STAs in the BSS is controlled by the HT Operation element. The structure of this element is defined in Figure 9-338.



Figure 9-338—HT Operation element format

The structure of the HT Operation Information field is shown in Figure 9-339.



Figure 9-339—HT Operation Information field

20

| '443 Patent Claim 6 | Evidence in 802.11-2016 |
|---|---|
| least one of the two extension channels, and<br><br>wherein each of the primary channel, the secondary channel and the two extension channels has a bandwidth of 20 MHz. | |

| *'443 Patent Claim 6* | *Evidence in 802.11-2016* |
|---|---|

6. A device for a wireless local area network, the device comprising:

a radio frequency unit configured to transmit a radio signal; and

a processor coupled with the radio frequency unit and configured to:

control the radio frequency unit to receive first channel information from an access point (AP), the first channel information indicating a primary channel which is a common channel of operation for all stations managed by the AP;

control the radio frequency unit to receive second channel information from the AP, the second channel information indicating an available channel bandwidth;

**set an operating channel based on the second channel information; and**

**control the radio frequency unit to communicate with the AP through the operating channel,**

**wherein the operating channel includes the primary channel, a secondary channel and two extension channels,**

**wherein, when the second channel information indicates that the available channel bandwidth is 80 MHz, the processor sets the operating channel so that the primary channel is located between the secondary**

### 8.3.5.12 PHY-CCA.indication

### 8.3.5.12.2 Semantics of the service primitive



Figure 8-1—The channel-list parameter element for 40 MHz, 80 MHz, and 160 MHz channel width

Table 11-24—VHT BSS bandwidth

| HT Operation element STA Channel Width field | VHT Operation element Channel Width field | VHT Operation element Channel Center Frequency Segment 1 subfield | BSS bandwidth |
|---|---|---|---|
| 0 | 0 | 0 | 20 MHz |
| 1 | 0 | 0 | 40 MHz |
| 1 | 1 | 0 | 80 MHz |
| 1 | 1 | CCFS1 > 0 and \| CCFS1 - CCFS0 \| = 8 | 160 MHz |
| 1 | 1 | CCFS1 > 0 and \| CCFS1 - CCFS0 \| > 16 | 80+80 MHz |

22

| '443 Patent Claim 6 | Evidence in 802.11-2016 |
|---|---|
| channel and at least one of the two extension channels, and<br><br>wherein each of the primary channel, the secondary channel and the two extension channels has a bandwidth of 20 MHz. | |

| '443 Patent Claim 7 | Evidence in 802.11-2016 |
|---|---|
| 7. The device of claim 6, **wherein the primary channel is not overlapped with any of the secondary channel and the two extension channels.** |  |

Case 1:19-cv-01161-RGA　Document 1-4　Filed 06/21/19　Page 26 of 28 PageID #: 72

| *'443 Patent Claim 8* | *Evidence in 802.11-2016* |
|---|---|
| 8. The device of claim 6, **wherein the processor is further configured to communicate with the AP by performing a Clear Channel Assessment (CCA) to determine whether the primary channel is idle.** | **10.22.2.5 EDCA channel access in a VHT or TVHT BSS**<br><br>If the MAC receives a PHY-CCA.indication primitive with the channel-list parameter present, the channels considered idle are defined in Table 10-10.<br><br>**Table 10-10—Channels indicated idle by the channel-list parameter**<br><br>_see table below_<br><br>In the following description, the CCA is sampled according to the timing relationships defined in 10.3.7. Slot boundaries are determined solely by activity on the primary channel. "Channel idle for an interval of PIFS" means that the STATE parameter of the most recent PHY-CCA.indication primitive was IDLE, and no PHY-CCA.indication(BUSY) occurred during the period of PIFS that ends at the start of transmission, the CCA for that channel was determined to be idle. |

**Table 10-10—Channels indicated idle by the channel-list parameter**

| PHY-CCA.indication primitive channel-list element | Idle channels |
|---|---|
| primary | None |
| secondary | Primary 20 MHz channel |
| secondary40 | Primary 20 MHz channel and secondary 20 MHz channel |
| secondary80 | Primary 20 MHz channel, secondary 20 MHz channel, and secondary 40 MHz channel |

| *'443 Patent Claim 9* | *Evidence in 802.11-2016* |
|---|---|
| 9. The device of claim 8, **wherein the processor is further configured to communicate with the AP by transmitting data through the operating channel to the AP only when the primary channel is idle and both the secondary channel and the two extension channels were idle during an interval.** | **10.22.2.5 EDCA channel access in a VHT or TVHT BSS**<br><br>If the MAC receives a PHY-CCA.indication primitive with the channel-list parameter present, the channels considered idle are defined in Table 10-10.<br><br>**Table 10-10—Channels indicated idle by the channel-list parameter**<br><br>TABLE_PLACEHOLDER<br><br>If a STA is permitted to begin a TXOP (as defined in 10.22.2.4) and the STA has at least one MSDU pending for transmission for the AC of the permitted TXOP, the STA shall perform exactly one of the following actions:<br><br>a) Transmit a 160 MHz or 80+80 MHz mask PPDU if the secondary channel, the secondary 40 MHz channel, and the secondary 80 MHz channel were idle during an interval of PIFS immediately preceding the start of the TXOP.<br><br>b) Transmit an 80 MHz mask PPDU on the primary 80 MHz channel if both the secondary channel and the secondary 40 MHz channel were idle during an interval of PIFS immediately preceding the start of the TXOP. |

The embedded Table 10-10:

| PHY-CCA.indication primitive channel-list element | Idle channels |
|---|---|
| primary | None |
| secondary | Primary 20 MHz channel |
| secondary40 | Primary 20 MHz channel and secondary 20 MHz channel |
| secondary80 | Primary 20 MHz channel, secondary 20 MHz channel, and secondary 40 MHz channel |

| '443 Patent Claim 10 | Evidence in 802.11-2016 |
|---|---|
| 10. The device of claim 9, **wherein the data is not transmitted when the primary channel is not idle regardless of whether any of the secondary channel and the two extension channels is idle.** | **10.22.2.5 EDCA channel access in a VHT or TVHT BSS**<br><br>If the MAC receives a PHY-CCA.indication primitive with the channel-list parameter present, the channels considered idle are defined in Table 10-10.<br><br>**Table 10-10—Channels indicated idle by the channel-list parameter**<br><br>See table below.<br><br>If a STA is permitted to begin a TXOP (as defined in 10.22.2.4) and the STA has at least one MSDU pending for transmission for the AC of the permitted TXOP, the STA shall perform exactly one of the following actions:<br><br>e)   Restart the channel access attempt by invoking the backoff procedure as specified in 10.22.2 as though the medium is busy on the primary channel as indicated by either physical or virtual CS and the backoff timer has a value of 0. |

Table 10-10—Channels indicated idle by the channel-list parameter

| PHY-CCA.indication primitive channel-list element | Idle channels |
|---|---|
| primary | None |
| secondary | Primary 20 MHz channel |
| secondary40 | Primary 20 MHz channel and secondary 20 MHz channel |
| secondary80 | Primary 20 MHz channel, secondary 20 MHz channel, and secondary 40 MHz channel |