# EXHIBIT F

**Exhibit F**

**Preliminary Analysis of Infringement of U.S. Patent No. 9,584,200**

Aegis 11 S.A. ("Aegis 11"), owner of U.S. Patent No. 9,584,200 (the "'200 patent") entitled "Method for Transmitting Control Information in Multiple Antenna System" provides this preliminary and exemplary infringement analysis with respect to Belkin International, Inc.'s ("Belkin") infringement of the '200 patent.

Belkin directly infringes the '200 patent in violation of 35 U.S.C. § 271(a) by selling, offering to sell, making, using, and/or importing instrumentalities which embody the claimed features of the patented invention.

Unless otherwise noted, Aegis 11 believes and contends that each element of each claim asserted herein is literally met through Belkin's provision of the '200 Patent Accused Instrumentalities, as that term is defined in the Complaint. However, to the extent that Belkin attempts to allege that any asserted claim element is not literally met, Aegis 11 believes and contends that such elements are met under the doctrine of equivalents. More specifically, in its investigation and analysis of the '200 Patent Accused Instrumentalities sold, offered for sale, made, used, and/or imported by Belkin, Aegis 11 did not identify any substantial differences between the elements of the patent claims and the corresponding features of the '200 Patent Accused Instrumentalities, as set forth herein. In each instance, the identified feature of the '200 Patent Accused Instrumentalities performs at least substantially the same function in substantially the same way to achieve substantially the same result as the corresponding claim element.

Aegis 11 notes that the present claim chart and analysis are necessarily preliminary because Aegis 11 has not received any discovery from Belkin, nor has Belkin disclosed any analysis in support of any purported non-infringement positions. Further, Aegis 11 does not have the benefit of claim construction or expert discovery. Aegis 11 hereby specifically reserves the right to supplement and/or amend the positions taken in this preliminary and exemplary infringement analysis, including with respect to literal infringement and infringement under the doctrine of equivalents, if and when warranted by further information obtained by Aegis 11 prior to or during the pendency of the litigation, including information adduced through fact discovery, claim construction, expert discovery, and/or further analysis. Nothing in this preliminary and exemplary infringement analysis constitutes an implicit or explicit proposal regarding the construction of any claim term or phrase.

| *'200 Patent Claim 1* | *Evidence in 802.11-2016* |
|---|---|
| A method for multiple input multiple output (MIMO) transmission in a wireless communication system, the method performed by a transmitter and comprising:<br><br>**encoding a first control signal by using a convolutional coding to generate an encoded first control signal, the first control signal including common control information that is common to all receivers;**<br><br>… | **21.3.2 VHT PPDU format**<br><br>A single PPDU format is defined for this PHY: the VHT PPDU format. Figure 21-4 shows the VHT PPDU format.<br><br><br><br>**Figure 21-4—VHT PPDU format**<br><br>**21.3.4.5 Construction of VHT-SIG-A**<br><br>The VHT-SIG-A field consists of two symbols, VHT-SIG-A1 and VHT-SIG-A2, as defined in 21.3.8.3.3 and is constructed as follows:<br>a) Obtain the CH_BANDWIDTH, STBC, GROUP_ID, PARTIAL_AID (SU only), NUM_STS, GI_TYPE, FEC_CODING, MCS (SU only), BEAMFORMED (SU only), NUM_USERS, and TXOP_PS_NOT_ALLOWED from the TXVECTOR. Add the reserved bits, append the calculated CRC, then append the $N_{tail}$ tail bits as shown in 21.3.8.3.3. This results in 48 uncoded bits.<br>b) BCC encoder: Encode the data by a convolutional encoder at the rate of R=1/2 as described in 17.3.5.6 |

| *'200 Patent Claim 1* | *Evidence in 802.11-2016* |
|---|---|
| A method for multiple input multiple output (MIMO) transmission in a wireless communication system, the method performed by a transmitter and comprising:<br><br>…<br><br>**encoding at least one second control signal by using the convolutional coding to generate at least one encoded second control signal, the at least one second control signal including user-specific MIMO information;**<br><br>… | **21.3.2 VHT PPDU format**<br><br>A single PPDU format is defined for this PHY: the VHT PPDU format. Figure 21-4 shows the VHT PPDU format.<br><br><br><br>**Figure 21-4—VHT PPDU format**<br><br>**21.3.4.8 Construction of VHT-SIG-B**<br><br>The VHT-SIG-B field is constructed per-user as follows:<br>a) Obtain the VHT-MCS (for MU only) and APEP_LENGTH from the TXVECTOR.<br>b) VHT-SIG-B bits: Set the VHT-MCS (for MU only) and VHT-SIG-B Length field as described in 21.3.8.3.6. Add the reserved bits (for SU only) and $N_{tail}$ bits of tail. In an NDP set VHT-SIG-B to the fixed bit pattern for the bandwidth used as described in 21.3.8.3.6.<br>c) VHT-SIG-B Bit Repetition: Repeat the VHT-SIG-B bits as a function of CH_BANDWIDTH as defined in 21.3.8.3.6.<br>d) BCC encoder: Encode the VHT-SIG-B field using BCC at rate R=1/2 as described in 17.3.5.6. |

| *'200 Patent Claim 1* | *Evidence in 802.11-2016* |
|---|---|
| A method for multiple input multiple output (MIMO) transmission in a wireless communication system, the method performed by a transmitter and comprising:<br><br>…<br>**transmitting the encoded first control signal to at least one receiver;**<br><br>transmitting the at least one encoded second control signal to the at least one receiver via at least one spatial stream;<br><br>… | <br><br>**Figure 21-5—Transmitter block diagram for the L-SIG and VHT-SIG-A fields** |

| *'200 Patent Claim 1* | *Evidence in 802.11-2016* |
|---|---|
| A method for multiple input multiple output (MIMO) transmission in a wireless communication system, the method performed by a transmitter and comprising: <br><br> … <br> transmitting the encoded first control signal to at least one receiver; <br><br> **transmitting the at least one encoded second control signal to the at least one receiver via at least one spatial stream**; <br><br> … |   <br> **Figure 21-7—Transmitter block diagram for the VHT-SIG-B field of a 20 MHz, 40 MHz, and 80 MHz VHT MU PPDU** |

Case 1:19-cv-01161-RGA Document 1-6 Filed 06/21/19 Page 7 of 27 PageID #: 108

| *'200 Patent Claim 1* | *Evidence in 802.11-2016* |
|---|---|
| A method for multiple input multiple output (MIMO) transmission in a wireless communication system, the method performed by a transmitter and comprising: … **transmitting at least one data packet to the at least one receiver,** … |   **Figure 21-12—Transmitter block diagram for the Data field of a 20 MHz, 40 MHz, or 80 MHz VHT MU PPDU** |

| *'200 Patent Claim 1* | *Evidence in 802.11-2016* |
|---|---|
| A method for multiple input multiple output (MIMO) transmission in a wireless communication system, the method performed by a transmitter and comprising: <br><br> … <br><br> **wherein the common control information includes MIMO information indicating whether the at least one encoded second control signal is to be transmitted by a single-user MIMO scheme or by using a multi-user MIMO scheme,** <br><br> … | (see Table 21-12 below) |

**Table 21-12—Fields in the VHT-SIG-A field**

| Two parts of VHT-SIG-A | Bit | Field | Number of bits | Description |
|---|---|---|---|---|
| VHT-SIG-A1 | B0-B1 | BW | 2 | Set to 0 for 20 MHz, 1 for 40 MHz, 2 for 80 MHz, and 3 for 160 MHz and 80+80 MHz |
| | B2 | Reserved | 1 | Reserved. Set to 1. |
| | B3 | STBC | 1 | For a VHT SU PPDU:<br>Set to 1 if space time block coding (see 21.3.10.9.4) is used and set to 0 otherwise.<br>For a VHT MU PPDU:<br>Set to 0. |
| | B4-B9 | Group ID | 6 | Set to the value of the TXVECTOR parameter GROUP_ID. A value of 0 or 63 indicates a VHT SU PPDU; otherwise, indicates a VHT MU PPDU. |
| | B10-B21 | NSTS/Partial AID | 12 | For a VHT MU PPDU: NSTS is divided into 4 user positions of 3 bits each. User position $p$, where $0 \le p \le 3$, uses bits B($10 + 3p$) to B($12 + 3p$). The number of space-time streams for user $u$ are indicated at user position $p$ = USER_POSITION[$u$] where $u$ = 0, 1, …, NUM_USERS – 1 and the notation A[$b$] denotes the value of array A at index $b$. Zero space-time streams are indicated at positions not listed in the USER_POSITION array. Each user position is set as follows:<br>Set to 0 for 0 space-time streams<br>Set to 1 for 1 space-time stream<br>Set to 2 for 2 space-time streams<br>Set to 3 for 3 space-time streams<br>Set to 4 for 4 space-time streams<br>Values 5-7 are reserved<br>For a VHT SU PPDU:<br>B10-B12<br>Set to 0 for 1 space-time stream<br>Set to 1 for 2 space-time streams<br>Set to 2 for 3 space-time streams<br>Set to 3 for 4 space-time streams<br>Set to 4 for 5 space-time streams<br>Set to 5 for 6 space-time streams<br>Set to 6 for 7 space-time streams<br>Set to 7 for 8 space-time streams<br>B13-B21<br>Partial AID: Set to the value of the TXVECTOR parameter PARTIAL_AID. Partial AID provides an abbreviated indication of the intended recipient(s) of the PSDU (see 10.20). |

| *'200 Patent Claim 1* | *Evidence in 802.11-2016* |
|---|---|
| A method for multiple input multiple output (MIMO) transmission in a wireless communication system, the method performed by a transmitter and comprising:<br><br>…<br><br>**wherein the user-specific MIMO information includes information that is used to decode the at least one data packet by the at least one receiver, and**<br><br>… | **21.3.8.3.6 VHT-SIG-B definition**<br><br>The VHT-SIG-B field is one symbol and contains 26 bits in a 20 MHz PPDU, 27 bits in a 40 MHz PPDU, and 29 bits in 80 MHz, 160 MHz, and 80+80 MHz PPDUs for each user. The fields in the VHT-SIG-B field are listed in Table 21-14. For fields consisting of multiple bits, the LSB of the value occupies the lowest numbered bit of the field. For example, for an MU transmission using VHT-MCS 5 (0101 in binary) in 20 MHz bandwidth, the VHT-SIG-B field bits are set as follows: B16=1, B17=0, B18=1, and B19=0. |

**Table 21-14—Fields in the VHT-SIG-B field**

| Field | VHT MU PPDU Allocation (bits) | | | VHT SU PPDU Allocation (bits) | | | Description |
|---|---|---|---|---|---|---|---|
| | 20 MHz | 40 MHz | 80 MHz, 160 MHz, 80+80 MHz | 20 MHz | 40 MHz | 80 MHz, 160 MHz, 80+80 MHz | |
| VHT-SIG-B Length | B0-B15 (16) | B0-B16 (17) | B0-B18 (19) | B0-B16 (17) | B0-B18 (19) | B0-B20 (21) | Length of A-MPDU pre-EOF padding in units of four octets |
| VHT-MCS | B16-B19 (4) | B17-B20 (4) | B19-B22 (4) | N/A | N/A | N/A | |
| Reserved | N/A | N/A | N/A | B17-B19 (3) | B19-B20 (2) | B21-B22 (2) | All 1s |
| Tail | B20-B25 (6) | B21-B26 (6) | B23-B28 (6) | B20-B25 (6) | B21-B26 (6) | B23-B28 (6) | All 0s |
| Total # bits | 26 | 27 | 29 | 26 | 27 | 29 | |

| *'200 Patent Claim 1* | *Evidence in 802.11-2016* |
|---|---|
| A method for multiple input multiple output (MIMO) transmission in a wireless communication system, the method performed by a transmitter and comprising:<br><br>…<br><br>**wherein the at least one encoded second control signal is transmitted by applying a precoding that is specific to a corresponding receiver** but the encoded first control signal is transmitted by not applying any precoding. | **21.3.4.8 Construction of VHT-SIG-B**<br><br>The VHT-SIG-B field is constructed per-user as follows:<br>a) Obtain the VHT-MCS (for MU only) and APEP_LENGTH from the TXVECTOR.<br>b) VHT-SIG-B bits: Set the VHT-MCS (for MU only) and VHT-SIG-B Length field as described in 21.3.8.3.6. Add the reserved bits (for SU only) and $N_{tail}$ bits of tail. In an NDP set VHT-SIG-B to the fixed bit pattern for the bandwidth used as described in 21.3.8.3.6.<br>c) VHT-SIG-B Bit Repetition: Repeat the VHT-SIG-B bits as a function of CH_BANDWIDTH as defined in 21.3.8.3.6.<br>d) BCC encoder: Encode the VHT-SIG-B field using BCC at rate R=1/2 as described in 17.3.5.6.<br>e) Segment parser (if needed): In a 160 MHz or 80+80 MHz transmission, divide the output bits of the BCC encoder into two frequency subblocks as described in 21.3.10.7. This block is bypassed for 20 MHz, 40 MHz, and 80 MHz VHT PPDU transmissions.<br>f) BCC interleaver: Interleave as described in 21.3.10.8.<br>g) Constellation mapper: Map to a BPSK constellation as defined in 17.3.5.8.<br>h) Segment deparser (if needed): In a 160 MHz transmission, merge the two frequency subblocks into one frequency segment as described in 21.3.10.9.3. This block is bypassed for 20 MHz, 40 MHz, 80 MHz, and 80+80 MHz VHT PPDU transmissions.<br>i) Pilot insertion: Insert pilots following the steps described in 21.3.10.10.<br>j) $P_{VHT\text{-}LTF}$ matrix mapping: Apply the mapping of the 1st column of the $P_{VHT\text{-}LTF}$ matrix to the data subcarriers as described in 21.3.8.3.6. The total number of data and pilot subcarriers is the same as in the Data field.<br>k) CSD: Apply CSD for each space-time stream and frequency segment as described in 21.3.8.3.2.<br>l) Spatial mapping: Apply the $Q$ matrix as described in 21.3.10.11.1.<br>m) Phase rotation: Apply the appropriate phase rotations for each 20 MHz subchannel as described in 21.3.7.4 and 21.3.7.5.<br>n) IDFT: Compute the inverse discrete Fourier transform.<br>o) Insert GI and apply windowing: Prepend a GI (LONG_GI) and apply windowing as described in 21.3.7.4.<br>p) Analog and RF: Upconvert the resulting complex baseband waveform associated with each transmit chain to an RF signal according to the center frequency of the desired channel and transmit. Refer to 21.3.7.4 and 21.3.8 for details. |

<table>
<tr><th>’200 Patent Claim 1</th><th>Evidence in 802.11-2016</th></tr>
<tr><td>A method for multiple input multiple output (MIMO) transmission in a wireless communication system, the method performed by a transmitter and comprising:<br><br>…<br><br>wherein the at least one encoded second control signal is transmitted by applying a precoding that is specific to a corresponding receiver but the encoded first control signal is transmitted by not applying any precoding.</td><td>21.3.4.5 Construction of VHT-SIG-A<br><br>The VHT-SIG-A field consists of two symbols, VHT-SIG-A1 and VHT-SIG-A2, as defined in 21.3.8.3.3 and is constructed as follows:<br>a) Obtain the CH_BANDWIDTH, STBC, GROUP_ID, PARTIAL_AID (SU only), NUM_STS, GI_TYPE, FEC_CODING, MCS (SU only), BEAMFORMED (SU only), NUM_USERS, and TXOP_PS_NOT_ALLOWED from the TXVECTOR. Add the reserved bits, append the calculated CRC, then append the $N_{tail}$ tail bits as shown in 21.3.8.3.3. This results in 48 uncoded bits.<br>b) BCC encoder: Encode the data by a convolutional encoder at the rate of R=1/2 as described in 17.3.5.6<br>c) BCC interleaver: Interleave as described in 17.3.5.7.<br>d) Constellation mapper: BPSK modulate the first 48 interleaved bits as described in 17.3.5.8 to form the first symbol of VHT-SIG-A. BPSK modulate the second 48 interleaved bits and rotate by 90° counter-clockwise relative to the first symbol to form the second symbol of VHT-SIG-A.<br>e) Pilot insertion: Insert pilots as described in 117.3.5.9.<br>f) Duplication and phase rotation: Duplicate VHT-SIG-A1 and VHT-SIG-A2 over each 20 MHz of the CH_BANDWIDTH. Apply the appropriate phase rotation for each 20 MHz subchannel as described in 21.3.7.4 and 21.3.7.5.<br>g) IDFT: Compute the inverse discrete Fourier transform.<br>h) CSD: Apply CSD for each transmit chain and frequency segment as described in 21.3.8.2.1.<br>i) Insert GI and apply windowing: Prepend a GI (LONG_GI) and apply windowing as described in 21.3.7.4.<br>j) Analog and RF: Upconvert the resulting complex baseband waveform associated with each transmit chain to an RF signal according to the center frequency of the desired channel and transmit. Refer to 21.3.7.4 and 21.3.8 for details.</td></tr>
</table>

| *'200 Patent Claim 4* | *Evidence in 802.11-2016* |
|---|---|
| The method of claim 1, **wherein the first control signal and the at least one second control signal are convolutionally encoded at a rate of ½.** | **21.3.4.5 Construction of VHT-SIG-A**<br><br>The VHT-SIG-A field consists of two symbols, VHT-SIG-A1 and VHT-SIG-A2, as defined in 21.3.8.3.3 and is constructed as follows:<br>a) Obtain the CH_BANDWIDTH, STBC, GROUP_ID, PARTIAL_AID (SU only), NUM_STS, GI_TYPE, FEC_CODING, MCS (SU only), BEAMFORMED (SU only), NUM_USERS, and TXOP_PS_NOT_ALLOWED from the TXVECTOR. Add the reserved bits, append the calculated CRC, then append the $N_{tail}$ tail bits as shown in 21.3.8.3.3. This results in 48 uncoded bits.<br>b) BCC encoder: Encode the data by a convolutional encoder at the rate of R=1/2 as described in 17.3.5.6<br><br>**21.3.4.8 Construction of VHT-SIG-B**<br><br>The VHT-SIG-B field is constructed per-user as follows:<br>a) Obtain the VHT-MCS (for MU only) and APEP_LENGTH from the TXVECTOR.<br>b) VHT-SIG-B bits: Set the VHT-MCS (for MU only) and VHT-SIG-B Length field as described in 21.3.8.3.6. Add the reserved bits (for SU only) and $N_{tail}$ bits of tail. In an NDP set VHT-SIG-B to the fixed bit pattern for the bandwidth used as described in 21.3.8.3.6.<br>c) VHT-SIG-B Bit Repetition: Repeat the VHT-SIG-B bits as a function of CH_BANDWIDTH as defined in 21.3.8.3.6.<br>d) BCC encoder: Encode the VHT-SIG-B field using BCC at rate R=1/2 as described in 17.3.5.6. |

| *'200 Patent Claim 5* | *Evidence in 802.11-2016* |
|---|---|
| The method of claim 1, **wherein the user-specific MIMO information includes a modulation and coding scheme for the at least one data packet.** | **21.3.8.3.6 VHT-SIG-B definition**<br><br>The VHT-SIG-B field is one symbol and contains 26 bits in a 20 MHz PPDU, 27 bits in a 40 MHz PPDU, and 29 bits in 80 MHz, 160 MHz, and 80+80 MHz PPDUs for each user. The fields in the VHT-SIG-B field are listed in Table 21-14. For fields consisting of multiple bits, the LSB of the value occupies the lowest numbered bit of the field. For example, for an MU transmission using VHT-MCS 5 (0101 in binary) in 20 MHz bandwidth, the VHT-SIG-B field bits are set as follows: B16=1, B17=0, B18=1, and B19=0. |

**Table 21-14—Fields in the VHT-SIG-B field**

| Field | VHT MU PPDU Allocation (bits) | | | VHT SU PPDU Allocation (bits) | | | Description |
|---|---|---|---|---|---|---|---|
| | 20 MHz | 40 MHz | 80 MHz, 160 MHz, 80+80 MHz | 20 MHz | 40 MHz | 80 MHz, 160 MHz, 80+80 MHz | |
| VHT-SIG-B Length | B0-B15 (16) | B0-B16 (17) | B0-B18 (19) | B0-B16 (17) | B0-B18 (19) | B0-B20 (21) | Length of A-MPDU pre-EOF padding in units of four octets |
| VHT-MCS | B16-B19 (4) | B17-B20 (4) | B19-B22 (4) | N/A | N/A | N/A | |
| Reserved | N/A | N/A | N/A | B17-B19 (3) | B19-B20 (2) | B21-B22 (2) | All 1s |
| Tail | B20-B25 (6) | B21-B26 (6) | B23-B28 (6) | B20-B25 (6) | B21-B26 (6) | B23-B28 (6) | All 0s |
| Total # bits | 26 | 27 | 29 | 26 | 27 | 29 | |

| *'200 Patent Claim 6* | *Evidence in 802.11-2016* |
|---|---|
| The method of claim 1, **wherein the common control information further includes a MIMO mode indicating whether a space time block code (STBC) is applied.** | **Table 21-12—Fields in the VHT-SIG-A field** (see table below) |

**Table 21-12—Fields in the VHT-SIG-A field**

| Two parts of VHT-SIG-A | Bit | Field | Number of bits | Description |
|---|---|---|---|---|
| | B0-B1 | BW | 2 | Set to 0 for 20 MHz, 1 for 40 MHz, 2 for 80 MHz, and 3 for 160 MHz and 80+80 MHz |
| | B2 | Reserved | 1 | Reserved. Set to 1. |
| | B3 | STBC | 1 | For a VHT SU PPDU: Set to 1 if space time block coding (see 21.3.10.9.4) is used and set to 0 otherwise. For a VHT MU PPDU: Set to 0. |

| *'200 Patent Claim 7* | *Evidence in 802.11-2016* |
|---|---|
| A device for multiple input multiple output (MIMO) transmission in a wireless communication system, the device comprising:<br><br>a processor; and<br><br>a memory operatively coupled to the processor and storing instructions that are executed by the processor to cause the device to:<br><br>… | The '200 Patent Accused Instrumentalities incldue a processor and a memory operatively coupled to the processor and storing instructions that are executed by the processor to cause the device to perform the operations below. |

| *'200 Patent Claim 7* | *Evidence in 802.11-2016* |
|---|---|
| A device for multiple input multiple output (MIMO) transmission in a wireless communication system, the device comprising:<br><br>…<br><br>**encode a first control signal by using a convolutional coding to generate an encoded first control signal, the first control signal including common control information that is common to all receivers;**<br><br>… | **21.3.2 VHT PPDU format**<br><br>A single PPDU format is defined for this PHY: the VHT PPDU format. Figure 21-4 shows the VHT PPDU format.<br><br><br><br>**Figure 21-4—VHT PPDU format**<br><br>**21.3.4.5 Construction of VHT-SIG-A**<br><br>The VHT-SIG-A field consists of two symbols, VHT-SIG-A1 and VHT-SIG-A2, as defined in 21.3.8.3.3 and is constructed as follows:<br>a) Obtain the CH_BANDWIDTH, STBC, GROUP_ID, PARTIAL_AID (SU only), NUM_STS, GI_TYPE, FEC_CODING, MCS (SU only), BEAMFORMED (SU only), NUM_USERS, and TXOP_PS_NOT_ALLOWED from the TXVECTOR. Add the reserved bits, append the calculated CRC, then append the $N_{tail}$ tail bits as shown in 21.3.8.3.3. This results in 48 uncoded bits.<br>b) BCC encoder: Encode the data by a convolutional encoder at the rate of R=1/2 as described in 17.3.5.6 |

| '200 Patent Claim 7 | Evidence in 802.11-2016 |
|---|---|
| A device for multiple input multiple output (MIMO) transmission in a wireless communication system, the device comprising:<br><br>…<br><br>**encode at least one second control signal by using the convolutional coding to generate at least one encoded second control signal, the at least one second control signal including user-specific MIMO information;**<br><br>… | **21.3.2 VHT PPDU format**<br><br>A single PPDU format is defined for this PHY: the VHT PPDU format. Figure 21-4 shows the VHT PPDU format.<br><br><br><br>**Figure 21-4—VHT PPDU format**<br><br>**21.3.4.8 Construction of VHT-SIG-B**<br><br>The VHT-SIG-B field is constructed per-user as follows:<br>a) Obtain the VHT-MCS (for MU only) and APEP_LENGTH from the TXVECTOR.<br>b) VHT-SIG-B bits: Set the VHT-MCS (for MU only) and VHT-SIG-B Length field as described in 21.3.8.3.6. Add the reserved bits (for SU only) and $N_{tail}$ bits of tail. In an NDP set VHT-SIG-B to the fixed bit pattern for the bandwidth used as described in 21.3.8.3.6.<br>c) VHT-SIG-B Bit Repetition: Repeat the VHT-SIG-B bits as a function of CH_BANDWIDTH as defined in 21.3.8.3.6.<br>d) BCC encoder: Encode the VHT-SIG-B field using BCC at rate R=1/2 as described in 17.3.5.6. |

| '200 Patent Claim 7 | Evidence in 802.11-2016 |
|---|---|
| A device for multiple input multiple output (MIMO) transmission in a wireless communication system, the device comprising:<br>…<br>**transmit the encoded first control signal to at least one receiver;**<br>transmit the at least one encoded second control signal to the at least one receiver via at least one spatial stream; and<br>… | <br><br>Figure 21-5—Transmitter block diagram for the L-SIG and VHT-SIG-A fields |

| *'200 Patent Claim 7* | *Evidence in 802.11-2016* |
| --- | --- |
| A device for multiple input multiple output (MIMO) transmission in a wireless communication system, the device comprising:<br><br>…<br><br>transmit the encoded first control signal to at least one receiver;<br><br>**transmit the at least one encoded second control signal to the at least one receiver via at least one spatial stream**; and<br><br>… |  |

Figure 21-7—Transmitter block diagram for the VHT-SIG-B field of a 20 MHz, 40 MHz, and 80 MHz VHT MU PPDU

| *'200 Patent Claim 7* | *Evidence in 802.11-2016* |
|---|---|
| A device for multiple input multiple output (MIMO) transmission in a wireless communication system, the device comprising: … **transmit at least one data packet to the at least one receiver,** … |   Figure 21-12—Transmitter block diagram for the Data field of a 20 MHz, 40 MHz, or 80 MHz VHT MU PPDU |

| *'200 Patent Claim 7* | *Evidence in 802.11-2016* |
|---|---|
| A device for multiple input multiple output (MIMO) transmission in a wireless communication system, the device comprising:<br><br>…<br><br>**wherein the common control information includes MIMO information indicating whether the at least one encoded second control signal is to be transmitted by a single-user MIMO scheme or by using a multi-user MIMO scheme,**<br><br>… | **Table 21-12—Fields in the VHT-SIG-A field** (see table below) |

**Table 21-12—Fields in the VHT-SIG-A field**

| Two parts of VHT-SIG-A | Bit | Field | Number of bits | Description |
|---|---|---|---|---|
| VHT-SIG-A1 | B0-B1 | BW | 2 | Set to 0 for 20 MHz, 1 for 40 MHz, 2 for 80 MHz, and 3 for 160 MHz and 80+80 MHz |
| | B2 | Reserved | 1 | Reserved. Set to 1. |
| | B3 | STBC | 1 | For a VHT SU PPDU:<br>Set to 1 if space time block coding (see 21.3.10.9.4) is used and set to 0 otherwise.<br>For a VHT MU PPDU:<br>Set to 0. |
| | B4-B9 | Group ID | 6 | Set to the value of the TXVECTOR parameter GROUP_ID. A value of 0 or 63 indicates a VHT SU PPDU; otherwise, indicates a VHT MU PPDU. |
| | B10-B21 | NSTS/Partial AID | 12 | For a VHT MU PPDU: NSTS is divided into 4 user positions of 3 bits each. User position $p$, where $0 \le p \le 3$, uses bits $B(10+3p)$ to $B(12+3p)$. The number of space-time streams for user $u$ are indicated at user position $p$ = USER_POSITION[$u$] where $u$ = 0, 1, …, NUM_USERS – 1 and the notation A[$b$] denotes the value of array A at index $b$. Zero space-time streams are indicated at positions not listed in the USER_POSITION array. Each user position is set as follows:<br>Set to 0 for 0 space-time streams<br>Set to 1 for 1 space-time stream<br>Set to 2 for 2 space-time streams<br>Set to 3 for 3 space-time streams<br>Set to 4 for 4 space-time streams<br>Values 5-7 are reserved<br>For a VHT SU PPDU:<br>B10-B12<br>Set to 0 for 1 space-time stream<br>Set to 1 for 2 space-time streams<br>Set to 2 for 3 space-time streams<br>Set to 3 for 4 space-time streams<br>Set to 4 for 5 space-time streams<br>Set to 5 for 6 space-time streams<br>Set to 6 for 7 space-time streams<br>Set to 7 for 8 space-time streams<br>B13-B21<br>Partial AID: Set to the value of the TXVECTOR parameter PARTIAL_AID. Partial AID provides an abbreviated indication of the intended recipient(s) of the PSDU (see 10.20). |

| *'200 Patent Claim 7* | *Evidence in 802.11-2016* |
|---|---|
| A device for multiple input multiple output (MIMO) transmission in a wireless communication system, the device comprising: … **wherein the user-specific MIMO information includes information that is used to decode the at least one data packet by the at least one receiver,** and … | **21.3.8.3.6 VHT-SIG-B definition** The VHT-SIG-B field is one symbol and contains 26 bits in a 20 MHz PPDU, 27 bits in a 40 MHz PPDU, and 29 bits in 80 MHz, 160 MHz, and 80+80 MHz PPDUs for each user. The fields in the VHT-SIG-B field are listed in Table 21-14. For fields consisting of multiple bits, the LSB of the value occupies the lowest numbered bit of the field. For example, for an MU transmission using VHT-MCS 5 (0101 in binary) in 20 MHz bandwidth, the VHT-SIG-B field bits are set as follows: B16=1, B17=0, B18=1, and B19=0. |

**Table 21-14—Fields in the VHT-SIG-B field**

| Field | VHT MU PPDU Allocation (bits) | | | VHT SU PPDU Allocation (bits) | | | Description |
|---|---|---|---|---|---|---|---|
| | 20 MHz | 40 MHz | 80 MHz, 160 MHz, 80+80 MHz | 20 MHz | 40 MHz | 80 MHz, 160 MHz, 80+80 MHz | |
| VHT-SIG-B Length | B0-B15 (16) | B0-B16 (17) | B0-B18 (19) | B0-B16 (17) | B0-B18 (19) | B0-B20 (21) | Length of A-MPDU pre-EOF padding in units of four octets |
| VHT-MCS | B16-B19 (4) | B17-B20 (4) | B19-B22 (4) | N/A | N/A | N/A | |
| Reserved | N/A | N/A | N/A | B17-B19 (3) | B19-B20 (2) | B21-B22 (2) | All 1s |
| Tail | B20-B25 (6) | B21-B26 (6) | B23-B28 (6) | B20-B25 (6) | B21-B26 (6) | B23-B28 (6) | All 0s |
| Total # bits | 26 | 27 | 29 | 26 | 27 | 29 | |

| *'200 Patent Claim 7* | *Evidence in 802.11-2016* |
|---|---|
| A device for multiple input multiple output (MIMO) transmission in a wireless communication system, the device comprising:<br><br>…<br><br>**wherein the at least one encoded second control signal is transmitted by applying a precoding that is specific to a corresponding receiver** but the encoded first control signal is transmitted without applying any precoding. | **21.3.4.8 Construction of VHT-SIG-B**<br><br>The VHT-SIG-B field is constructed per-user as follows:<br>a) Obtain the VHT-MCS (for MU only) and APEP_LENGTH from the TXVECTOR.<br>b) VHT-SIG-B bits: Set the VHT-MCS (for MU only) and VHT-SIG-B Length field as described in 21.3.8.3.6. Add the reserved bits (for SU only) and $N_{tail}$ bits of tail. In an NDP set VHT-SIG-B to the fixed bit pattern for the bandwidth used as described in 21.3.8.3.6.<br>c) VHT-SIG-B Bit Repetition: Repeat the VHT-SIG-B bits as a function of CH_BANDWIDTH as defined in 21.3.8.3.6.<br>d) BCC encoder: Encode the VHT-SIG-B field using BCC at rate R=1/2 as described in 17.3.5.6.<br>e) Segment parser (if needed): In a 160 MHz or 80+80 MHz transmission, divide the output bits of the BCC encoder into two frequency subblocks as described in 21.3.10.7. This block is bypassed for 20 MHz, 40 MHz, and 80 MHz VHT PPDU transmissions.<br>f) BCC interleaver: Interleave as described in 21.3.10.8.<br>g) Constellation mapper: Map to a BPSK constellation as defined in 17.3.5.8.<br>h) Segment deparser (if needed): In a 160 MHz transmission, merge the two frequency subblocks into one frequency segment as described in 21.3.10.9.3. This block is bypassed for 20 MHz, 40 MHz, 80 MHz, and 80+80 MHz VHT PPDU transmissions.<br>i) Pilot insertion: Insert pilots following the steps described in 21.3.10.10.<br>j) $P_{VHT\text{-}LTF}$ matrix mapping: Apply the mapping of the 1st column of the $P_{VHT\text{-}LTF}$ matrix to the data subcarriers as described in 21.3.8.3.6. The total number of data and pilot subcarriers is the same as in the Data field.<br>k) CSD: Apply CSD for each space-time stream and frequency segment as described in 21.3.8.3.2.<br>l) Spatial mapping: Apply the $Q$ matrix as described in 21.3.10.11.1.<br>m) Phase rotation: Apply the appropriate phase rotations for each 20 MHz subchannel as described in 21.3.7.4 and 21.3.7.5.<br>n) IDFT: Compute the inverse discrete Fourier transform.<br>o) Insert GI and apply windowing: Prepend a GI (LONG_GI) and apply windowing as described in 21.3.7.4.<br>p) Analog and RF: Upconvert the resulting complex baseband waveform associated with each transmit chain to an RF signal according to the center frequency of the desired channel and transmit. Refer to 21.3.7.4 and 21.3.8 for details. |

| *'200 Patent Claim 7* | *Evidence in 802.11-2016* |
|---|---|
| A device for multiple input multiple output (MIMO) transmission in a wireless communication system, the device comprising:<br><br>…<br><br>wherein the at least one encoded second control signal is transmitted by applying a precoding that is specific to a corresponding receiver **but the encoded first control signal is transmitted without applying any precoding**. | **21.3.4.5 Construction of VHT-SIG-A**<br><br>The VHT-SIG-A field consists of two symbols, VHT-SIG-A1 and VHT-SIG-A2, as defined in 21.3.8.3.3 and is constructed as follows:<br>a) Obtain the CH_BANDWIDTH, STBC, GROUP_ID, PARTIAL_AID (SU only), NUM_STS, GI_TYPE, FEC_CODING, MCS (SU only), BEAMFORMED (SU only), NUM_USERS, and TXOP_PS_NOT_ALLOWED from the TXVECTOR. Add the reserved bits, append the calculated CRC, then append the $N_{tail}$ tail bits as shown in 21.3.8.3.3. This results in 48 uncoded bits.<br>b) BCC encoder: Encode the data by a convolutional encoder at the rate of R=1/2 as described in 17.3.5.6<br>c) BCC interleaver: Interleave as described in 17.3.5.7.<br>d) Constellation mapper: BPSK modulate the first 48 interleaved bits as described in 17.3.5.8 to form the first symbol of VHT-SIG-A. BPSK modulate the second 48 interleaved bits and rotate by 90° counter-clockwise relative to the first symbol to form the second symbol of VHT-SIG-A.<br>e) Pilot insertion: Insert pilots as described in 117.3.5.9.<br>f) Duplication and phase rotation: Duplicate VHT-SIG-A1 and VHT-SIG-A2 over each 20 MHz of the CH_BANDWIDTH. Apply the appropriate phase rotation for each 20 MHz subchannel as described in 21.3.7.4 and 21.3.7.5.<br>g) IDFT: Compute the inverse discrete Fourier transform.<br>h) CSD: Apply CSD for each transmit chain and frequency segment as described in 21.3.8.2.1.<br>i) Insert GI and apply windowing: Prepend a GI (LONG_GI) and apply windowing as described in 21.3.7.4.<br>j) Analog and RF: Upconvert the resulting complex baseband waveform associated with each transmit chain to an RF signal according to the center frequency of the desired channel and transmit. Refer to 21.3.7.4 and 21.3.8 for details. |

| *'200 Patent Claim 10* | *Evidence in 802.11-2016* |
|---|---|
| The device of claim 7, **wherein the first control signal and the at least one second control signal are convolutionally encoded at a rate of ½.** | **21.3.4.5 Construction of VHT-SIG-A**<br><br>The VHT-SIG-A field consists of two symbols, VHT-SIG-A1 and VHT-SIG-A2, as defined in 21.3.8.3.3 and is constructed as follows:<br>a) Obtain the CH_BANDWIDTH, STBC, GROUP_ID, PARTIAL_AID (SU only), NUM_STS, GI_TYPE, FEC_CODING, MCS (SU only), BEAMFORMED (SU only), NUM_USERS, and TXOP_PS_NOT_ALLOWED from the TXVECTOR. Add the reserved bits, append the calculated CRC, then append the $N_{tail}$ tail bits as shown in 21.3.8.3.3. This results in 48 uncoded bits.<br>b) BCC encoder: Encode the data by a convolutional encoder at the rate of R=1/2 as described in 17.3.5.6<br><br>**21.3.4.8 Construction of VHT-SIG-B**<br><br>The VHT-SIG-B field is constructed per-user as follows:<br>a) Obtain the VHT-MCS (for MU only) and APEP_LENGTH from the TXVECTOR.<br>b) VHT-SIG-B bits: Set the VHT-MCS (for MU only) and VHT-SIG-B Length field as described in 21.3.8.3.6. Add the reserved bits (for SU only) and $N_{tail}$ bits of tail. In an NDP set VHT-SIG-B to the fixed bit pattern for the bandwidth used as described in 21.3.8.3.6.<br>c) VHT-SIG-B Bit Repetition: Repeat the VHT-SIG-B bits as a function of CH_BANDWIDTH as defined in 21.3.8.3.6.<br>d) BCC encoder: Encode the VHT-SIG-B field using BCC at rate R=1/2 as described in 17.3.5.6. |

| *'200 Patent Claim 11* | *Evidence in 802.11-2016* |
|---|---|
| The device of claim 7, **wherein the user-specific MIMO information includes a modulation and coding scheme for the at least one data packet.** | **21.3.8.3.6 VHT-SIG-B definition**<br><br>The VHT-SIG-B field is one symbol and contains 26 bits in a 20 MHz PPDU, 27 bits in a 40 MHz PPDU, and 29 bits in 80 MHz, 160 MHz, and 80+80 MHz PPDUs for each user. The fields in the VHT-SIG-B field are listed in Table 21-14. For fields consisting of multiple bits, the LSB of the value occupies the lowest numbered bit of the field. For example, for an MU transmission using VHT-MCS 5 (0101 in binary) in 20 MHz bandwidth, the VHT-SIG-B field bits are set as follows: B16=1, B17=0, B18=1, and B19=0. |

**Table 21-14—Fields in the VHT-SIG-B field**

| Field | VHT MU PPDU Allocation (bits) | | | VHT SU PPDU Allocation (bits) | | | Description |
|---|---|---|---|---|---|---|---|
| | 20 MHz | 40 MHz | 80 MHz, 160 MHz, 80+80 MHz | 20 MHz | 40 MHz | 80 MHz, 160 MHz, 80+80 MHz | |
| VHT-SIG-B Length | B0-B15 (16) | B0-B16 (17) | B0-B18 (19) | B0-B16 (17) | B0-B18 (19) | B0-B20 (21) | Length of A-MPDU pre-EOF padding in units of four octets |
| VHT-MCS | B16-B19 (4) | B17-B20 (4) | B19-B22 (4) | N/A | N/A | N/A | |
| Reserved | N/A | N/A | N/A | B17-B19 (3) | B19-B20 (2) | B21-B22 (2) | All 1s |
| Tail | B20-B25 (6) | B21-B26 (6) | B23-B28 (6) | B20-B25 (6) | B21-B26 (6) | B23-B28 (6) | All 0s |
| Total # bits | 26 | 27 | 29 | 26 | 27 | 29 | |

| *'200 Patent Claim 12* | *Evidence in 802.11-2016* |
|---|---|
| The device of claim 7, **wherein the common control information further includes a MIMO mode indicating whether a space time block code (STBC) is applied.** | **Table 21-12—Fields in the VHT-SIG-A field** (table below) |

**Table 21-12—Fields in the VHT-SIG-A field**

| Two parts of VHT-SIG-A | Bit | Field | Number of bits | Description |
|---|---|---|---|---|
| | B0-B1 | BW | 2 | Set to 0 for 20 MHz, 1 for 40 MHz, 2 for 80 MHz, and 3 for 160 MHz and 80+80 MHz |
| | B2 | Reserved | 1 | Reserved. Set to 1. |
| | B3 | STBC | 1 | For a VHT SU PPDU:<br>Set to 1 if space time block coding (see 21.3.10.9.4) is used and set to 0 otherwise.<br>For a VHT MU PPDU:<br>Set to 0. |