## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AEGIS 11 S.A.,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>BELKIN INTERNATIONAL, INC.,<br>　　　　　Defendant. | )<br>)<br>)<br>)　Case No. 1:19-cv-01161-RGA<br>)<br>)<br>)<br>) |
| NETGEAR, INC.,<br>　　　　　Defendant. | )　Case No. 1:19-cv-01162-RGA<br>) |
| ROKU, INC.,<br>　　　　　Defendant. | )　Case No. 1:19-cv-01163-RGA<br>) |
| RUCKUS WIRELESS, INC., et al.,<br>　　　　　Defendants. | )　Case No. 1:19-cv-01164-RGA<br>) |

### [PROPOSED] ORDER

Upon consideration of Defendants' Partial Motion to Dismiss Under Federal Rule of Civil Procedure 12(b)(6) (the "Motion"), and any responses thereto;

IT IS HEREBY ORDERED that the Motion is GRANTED. Claim 1 of U.S. Patent No. 6,839,553 is invalid for failure to claim patent-eligible subject matter as required by 35 U.S.C. § 101 and Plaintiff Aegis 11 S.A.'s infringement claims with respect to Claim 1 of U.S. Patent No. 6,839,553 are dismissed with prejudice.

Dated: _____　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　District Court Judge