**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AEGIS 11 S.A., | |
| Plaintiff, | **Civil Action No. 1:19-cv-01161-RGA** |
| v. | |
| BELKIN INTERNATIONAL, INC., | **JURY TRIAL DEMANDED** |
| Defendant. | |
| AEGIS 11 S.A., | |
| Plaintiff, | **Civil Action No. 1:19-cv-01162-RGA** |
| v. | |
| NETGEAR, INC., | **JURY TRIAL DEMANDED** |
| Defendant. | |
| AEGIS 11 S.A., | |
| Plaintiff, | **Civil Action No. 1:19-cv-01163-RGA** |
| v. | |
| ROKU, INC., | **JURY TRIAL DEMANDED** |
| Defendant. | |
| AEGIS 11 S.A., | |
| Plaintiff, | **Civil Action No. 1:19-cv-01165-RGA** |
| v. | |
| TTE TECHNOLOGY, INC., | **JURY TRIAL DEMANDED** |
| Defendant. | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**

Plaintiff Aegis 11 S.A. ("Aegis 11") hereby moves to file an amended complaint in the above captioned cases. Pursuant to Local Rule 15.1, attached to Aegis 11's motion are: (1) the proposed pleading as amended, complete with an electronic signature (Exhibit 1); and (2) a copy of the proposed pleading showing how it differs from the pleading it amends, by striking through materials to be deleted and underlining materials to be added (Exhibit 2).

Support for Aegis 11's motion is set forth in the co-filed Plaintiff Aegis 11 S.A.'s Brief in Support of its Motion for Leave to File an Amended Complaint.

Dated: September 24, 2020                    Respectfully submitted,

                                             DEVLIN LAW FIRM LLC

                                             */s/ Timothy Devlin*
                                             Timothy Devlin (No. 4241)
                                             1526 Gilpin Avenue
                                             Wilmington, DE 19806
                                             Phone: (302) 449-9010
                                             Fax: (302) 353-4251
                                             tdevlin@devlinlawfirm.com

                                             *Attorneys for Plaintiff*

## RULE 7.1.1 CERTIFICATE

The undersigned attorney hereby certifies that counsel for Plaintiff has made reasonable efforts to meet and confer with counsel for opposing parties on the matters set forth in the motion.  At the time of filing, counsel for Defendants Netgear, Roku, and TTE had not yet responded to Plaintiff's request to meet and confer.  Belkin has suggested that at least some of Aegis 11's proposed amendments will be opposed.  Plaintiff will continue to seek to confer with all Defendants.

*/s/ Timothy Devlin*
Timothy Devlin

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via electronic filing on September 24, 2020.

*/s/ Timothy Devlin*
Timothy Devlin

**IT IS HEREBY ORDERED,** this _____ day of _____, 2020

_____
United States District Court Judge