# EXHIBIT G

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AEGIS 11 S.A., | C.A. No. 1:19-cv-01161-RGA |
| Plaintiff, | |
| v. | **JURY TRIAL DEMANDED** |
| BELKIN INTERNATIONAL, INC. | |
| Defendant. | |
| | |
| AEGIS 11 S.A., | C.A. No. 1:19-cv-01162-RGA |
| Plaintiff, | |
| v. | **JURY TRIAL DEMANDED** |
| NETGEAR, INC., | |
| Defendant. | |
| | |
| AEGIS 11 S.A., | C.A. No. 1:19-cv-01163-RGA |
| Plaintiff, | |
| v. | **JURY TRIAL DEMANDED** |
| ROKU, INC. | |
| Defendant. | |
| | |
| AEGIS 11 S.A., | C.A. No. 1:19-cv-01164-RGA |
| Plaintiff, | |
| v. | |
| RUCKUS WIRELESS, INC., | **JURY TRIAL DEMANDED** |
| ARRIS US HOLDINGS, INC., | |
| ARRIS INTERNATIONAL, INC., | |

ARRIS ENTERPRISES LLC,
ARRIS SOLUTIONS, INC., and
COMMSCOPE HOLDING COMPANY, INC.,

Defendants.

**DECLARATION OF DR. JACOB SHARONY IN SUPPORT OF PLAINTIFF AEGIS 11 S.A.'S OPPOSITION TO DEFENDANTS' PARTIAL MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**

I, Jacob Sharony declare as follows:

## I. INTRODUCTION

1. I have been retained by Aegis 11 S.A. ("Plaintiff" or "Aegis 11") as an expert witness in the above-captioned litigations against Belkin International, Inc., Netgear, Inc., Roku, Inc., Ruckus Wireless, Inc., Arris US Holdings, Inc., Arris International, Inc., Arris Enterprises LLC, Arris Solutions, Inc., and CommScope Holding Company, Inc. (collectively, "Defendants").

2. I have been asked to render opinions regarding the validity and disclosures of U.S. Patent No. 6,839,553 ("the '553 patent") under 35 U.S.C. § 101 with respect to the Motion to Dismiss ("Motion") filed by Defendants.

3. I was asked to consider whether claim 1 of the '553 patent is directed to an abstract idea and includes an inventive concept. I was also asked to review and comment on a number of technical statements made by Defendants in their Motion.

4. My educational background, career history, publications, and other relevant qualifications can be found in my Curriculum Vitae, attached as Exhibit 1 to my Declaration.

## II. QUALIFICATIONS AND EXPERIENCE

5. Based on my qualifications and work background, I believe I am qualified to offer opinions relating to the patented technology of the '553 patent.

2

6.      I have over 25 years of experience working in mobile and wireless technology, which has resulted in over 50 issued patents and numerous publications in scientific journals and conferences.  I have also served on various government expert panels, including for the National Science Foundation and National Institutes of Health.

7.      Since 2010, I have been an Adjunct Professor in Electrical Engineering at Columbia University, teaching graduate level courses on advanced wireless technologies including in the areas of wireless sensing technology, mmWave communications, and applications for 5G wireless networks and systems.

8.      I received a Bachelor's Degree (1979) and Master's Degree (1984) in Electrical Engineering from Tel Aviv University.  I have M.Phil. (1991) and Ph.D. (1993) Degrees in Electrical Engineering from Columbia University.  I also have an MBA Degree (1989) from Tel Aviv University.

9.      I have been involved with mobile and wireless networking technologies since the mid-1990s working as a researcher, developer and educator on wide and local area networks infrastructure and mobile devices.

10.     After obtaining my Ph.D., I led the advanced mobile networking group at BAE Systems, developing tactical mesh-based wireless network systems for the Department of Defense.  I also conducted research and development in advanced mobile and wireless networks. My work resulted in several issued patents including patents such as U.S. Patent No. 5,652,751 titled "Architecture for mobile radio networks with dynamically changing topology using virtual subnets," and U.S. Patent No. 5,742,593 titled "On-line distributed TDMA/FDMA/CDMA link assignment in mobile radio networks with flexible directivity."

11.     From 1997-2005, I held various positions at Symbol Technologies (acquired by Motorola Solutions).  While working at Motorola/Symbol I gained substantial experience in

3

application-specific mobile device, and wireless networking and architecture solutions in several vertical applications, e.g., transportation and logistics, healthcare, warehousing, retail, education, among others. As Senior Director, Research and Development, I initiated and led several research and development programs in wireless LAN technologies including MIMO networks, mobile device management and security. As Senior Director, Technology Strategy and Development, I was responsible for the research and development of new mobile applications for delivering multimedia-rich content to mobile devices connected over heterogeneous networks. That work resulted in several U.S. patents, including U.S. Patent No. 7,668,201 titled "Bandwidth management in wireless networks", U.S. Patent No. 7,778,649 titled "System and method for asset location in wireless networks" and U.S. Patent No. 6,925,094 titled "System and method for wireless network channel management."

12. In 2004, I founded Mobius Consulting, a consulting firm providing professional services in mobile wireless strategy, technologies, systems, and applications, including enterprise mobility, wireless communication networks, mobile embedded devices, device management, and mobile applications and services. In this capacity, I have worked with many companies in the mobile and wireless ecosystem including service providers and operators, equipment vendors, and semiconductor companies. Since founding Mobius Consulting, I have worked with many enterprises interested in deploying mobile and wireless solutions in order to become more productive, efficient, and cost effective. These solutions spanned numerous industry sectors and involved various mobile and wireless technologies including 3G/4G Cellular, Wi-Fi, Bluetooth, ZigBee, and RFID. I was awarded many patents in these fields.

## III. PREVIOUS TESTIFYING EXPERIENCE

13. A list of all other cases in which, during the previous 5 years, I have testified as an expert at trial or by deposition can be found in my CV (Exhibit 1).

4

Case 1:19-cv-01161-RGA Document 17-1 Filed 11/20/19 Page 5 of 14 PageID #: 315

## IV. COMPENSATION

14. I am being compensated for my services at a rate of $450 per hour. I am being separately reimbursed for any out-of-pocket expenses. My compensation does not depend in any way on the outcome of this litigation or the testimony or opinions that I express.

## V. MATERIALS CONSIDERED

15. My opinions are based on my experience in this field, and are necessarily formed by my own experiences, materials I have read over the years, and discussions I have had with colleagues during my career. In addition, I have reviewed and considered the following materials in forming my opinion:

    a. the '553 patent;

    b. PCT application No. WO 98/41044, which is expressly incorporated into the '553 Patent by reference; and

    c. Defendants' Motion to Dismiss

## VI. THE BACKGROUND OF THE '553 PATENT INVENTIONS

16. At the time of the inventions of the '553 patent (1999), WLAN networks (e.g., those standardized in the IEEE 802.11 standards) were in their infancy. Authentication in 802.11 consisted of shared secret one-way authentication (e.g., using WEP), meaning the mobile station had to prove its identity to the access point but not the other way around. Therefore, at the time rogue access points could successfully intercept mobile stations and subsequently capture all packets that originated from the station. At the time of the invention, it was not common to have shared secret mutual authentication as it is expected today.

17. PCT Application No. WO 98/41044, incorporated by reference into the background section of the '553 patent specification, discusses similar one-way authentication techniques incorporated into Over-the-Air Parameter Administration (OTAPA). At the time of

the inventions of the '553 patent, these OTAPA techniques suffered the same security issues described above.

18.    I understand that the Defendants claim that OTAPA techniques were routine, conventional, and standardized.  (*See, e.g.*, D.I. 9 at 7.)  While OTAPA and related techniques were later standardized and became more widely used (mostly in the mid-2000s), at the time of the inventions of the '553 patent OTAPA was still little-known.  This is demonstrated in the '553 patent disclosures.  Specifically, the fact that OTAPA was disclosed and described as part of the invention of PCT Application No. WO 98/41044, which was filed on March 13, 1998, and did not publish until September 17, 1998, shows that OTAPA was new and potentially subject to patent rights as of March 3, 1999.  The '553 patent specification also contrasts the (at the time) newer OTAPA techniques ('553 patent at 1:36-41) with older techniques that skilled artisans would more likely have considered to be routine and conventional at the time ('553 patent at 1:24-35).

## VII.    THE '553 PATENT INVENTIONS AND THEIR ADVANCES OVER THE PRIOR ART

19.    The '553 patent teaches improved methods for managing operational parameters in mobile stations in wireless networks, specifically methods relating to parameter updates that first require mutual authentication of the mobile station and the network.

20.    The mutual authentication described as part of the inventions of the '553 patent is itself innovative in that it authenticates both the mobile station and the network in a single process, and that process is as efficient (i.e., uses a similar number of steps or messages) as conventional one-way authentication processes.  ('553 patent 2:6-11.)  I should note that the excerpt of the '553 patent I just referenced uses the term "the conventional procedure" to refer to standard one-way authentication techniques, but at the time of the invention there were multiple one-way authentication techniques available, including the OTASP techniques described in PCT

6

Application No WO 98/41044 (*see, e.g.,* p. 8:29-31). It is unclear which specific techniques or techniques the specification is referring to here.

21.     It is also important to note that the mutual authentication described in the '553 patent specification is not the same thing as just running two independent one-way authentications. The mutual authentication described in the '553 patent is a seamless process that requires only three messages to exchange in order to mutually authenticate two parties by each other, while running sequential but independent one-way authentications would require the exchange of at least four messages.

22.     The change from four to three messages may not seem like a significant advance at first glance. But wireless networks must manage significant amounts of traffic, and reducing network load during authentication by 25% would significantly improve network performance and reliability, particularly at the time of the invention.

23.     Performing two-way authentication in a single, seamless process was also an advantage. For example, in the mutual authentication process of the '553 patent, the entire authentication procedure could be aborted after two messages if the mobile station is not successfully authenticated by the network ('553 patent at 2:42-46), thus saving network resources. But independent one-way authentications would each proceed regardless if the other was aborted, thereby wasting network resources when one side was aborted.

24.     Another advantage described by the '553 patent is the increased security of two-way mutual authentication versus prior art methods of one-way authentication. ('553 patent at 1:46-52, 2:1-5.)

Case 1:19-cv-01161-RGA   Document 17-1   Filed 11/20/19   Page 8 of 14 PageID #: 315

8

I declare under penalty of perjury under the laws of the United States that to the best of my knowledge and recollection the foregoing is true and correct.

Executed this 20th day of November, 2019.


/s/   J. Sharony
                                                      _____

DR. JACOB SHARONY

8

Case 1:19-cv-01161-RGA   Document 26-2   Filed 09/24/20   Page 10 of 15 PageID #: 460

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 20th day of November, 2019.

/s/ Timothy Devlin
Timothy Devlin

9

**JACOB SHARONY, PhD, MBA**

+1 (631) 546-5840                jacob@mobiusconsulting.com                Dix Hills, New York 11746

Seasoned professional with over 25 years experience and expertise in wireless networks, mobile devices/applications and information technologies; visionary, creative and innovative with strong technology and business skills.

## EXPERIENCE

**MOBIUS CONSULTING**, Huntington Station, NY                                              2004 –
*Founder, Principal Consultant*
- Professional consulting services in mobile wireless strategy, technologies, systems and applications.
- "Trusted Advisor" role facing large clients in telecom, vertical enterprises and government, building trust and relationships.
- Expertise includes WiFi, 4G LTE and 5G, WiMAX, picocell/femtocell, DAS, mesh networking, Internet of Things (IoT), M2M, RFID, RTLS, smart antennas, cloud computing, mobile crowd sourcing/sensing, enterprise mobility, security protocols, mobile embedded devices, device management, mobile applications/services, LBS, VoIP, video streaming, Zigbee, sensor networks, RTLS, smart grid, m-health, m-learning, smart home networking.
- System and network protocol analysis, modeling and simulations of wireless systems (e.g., WiFi, LTE) for network performance assessment and optimization.
- Participated in a lead role in several medium-large projects in various vertical, enterprise and government/military markets, e.g., smart grid, mobile health, WiFi and 4G deployments.
- Selected consulting engagements are listed below: Lattice Semiconductor, SiBEAM, Powerwave Technologies, Time Warner Cable, and Corning-MobileAccess.

**COLUMBIA UNIVERSITY**, New York, NY                                              2010 –
*Adjunct Professor*
- Professor of Electrical Engineering. Teaching graduate courses on advanced wireless technologies: mmWave Wireless Communications and Applications for 5G, Wireless Sensing (RFID, RTLS, M2M communications, smart grid/energy, smart infrastructure, intelligent transportation, m-health).

**LATTICE SEMICONDUCTOR**, Sunnyvale, CA                                              2014 – 2016
*CTO Office Senior Advisor*
Developing 5G solutions using mmWave and Phased Array Antenna technologies. Applications include 'wireless fiber' backhaul/front-haul, connected cars, in-home connectivity.

**SIBEAM**, Silicon Valley                                              2014 – 2016
*Technology Strategy Senior Consultant*
Developing intelligent millimeter wave (60 GHz) technologies for wireless communications (802.11ad) and fixed access solutions for 5G.

**POWERWAVE TECHNOLOGIES**, Santa Ana, CA                                              2011 – 2013
*CTO Office Senior Principal Consultant / VP Innovation*
- Leading innovation, strategy and development of HetNets, DAS and small cells (picocell) solutions using 4G LTE and WiFi technologies to enhance coverage and capacity of wireless network infrastructure.

**CENTER OF EXELLENCE IN WIRELESS & IT, SUNY**, Stony Brook, NY                                              2006 – 2010
*Director, Network Technologies Research Division*
- Leading network technologies research, development and commercialization efforts
- Industry liaison, working on smart energy, wireless healthcare and intelligent transportation solutions.
- Deployed mobile WiMAX pico/femto solution as part of the 4G-campus initiative.
- Key contributor to the Long Island Broadband Wireless Access Initiative using WiFi and 4G.

**TIME WARNER CABLE**, Stamford, CT                                                   **2007 –2008**
*Wireless Strategy & Development Senior Consultant*
- Worked on a large wireless project involving WiFi, WiMAX and 3G with advanced mobile devices.
- Developed concept and product requirements documents, architecture and RF design, and test plans.
- Supported the business development group on femtocells models, MVNO's models and services, etc.

**MOBILE-ACCESS (Acquired by Corning)**, Vienna, VA                                   **2006 –2008**
*CTO Office DAS Strategy & Development Senior Consultant*
- Worked with the CTO and senior engineers to develop WiFi DAS systems.
- Developed detailed analysis and novel method to support MIMO (802.11n) in DAS systems.

**MOTOROLA (formerly Symbol Technologies)**, Holtsville, NY                           **1997 – 2005**
*Senior Director, Technology Strategy and Development*                                2003 – 2005
- Served as "the eyes of the company" – Charter was to identify and evaluate emerging/disruptive technologies, and conduct technology/business due diligence of possible partners/acquisitions.  Team leader.
- Guided the company technology roadmap by generating Technology Position Statements (TPS).  Selected topics include: 802.11a/b/g migration strategy, 802.11e (QoS), Broadband Wireless Access - 802.16d/e fixed and mobile WiMAX, mesh networks, RFID, RTLS, and MIMO. These TPS were fact based and relied on results obtained through modeling, analysis and simulations.
- Explored a new family of products based on multi-point MIMO architecture in mesh wireless networks.
- Investigated VoIP capacity in 802.11a/b/g networks and initiated work on admission control algorithms/policies.
- Researched and developed new mobile applications delivering multimedia-rich content to heterogeneous networked mobile devices.
- Developed strategic alliances and led technology initiatives with technology/business partners.
- Participated actively in IEEE 802.11, 802.15 and 802.16 standards meetings.
- Awarded several patents.

*Senior Director, Research and Development*                                           1997 – 2003
- Initiated and led several R&D programs in wireless LAN technologies: intelligent access point, reliable multicast video streaming, mobile device management/security and spatial wireless switching.
- Conceived, investigated and developed a novel wireless switching architecture based on MIMO technology.
- Conducted innovative research in WLAN QoS, Bluetooth interference mitigation, multicast video streaming, mobile security, RFID, RTLS - location tracking (RSSI/TDOA), VoIP and smart antennas.
- Participated in strategic planning and impacted the technology/business direction of the company.
- Awarded several patents.

**BAE SYSTEMS**, Greenlawn, NY                                                       **1994 – 1997**
*Research Scientist*
- Led the advanced mobile networking group.
- Developed tactical mesh-based wireless network systems for DoD.
- Worked on advanced antenna techniques including beam steering/switching.
- Awarded several patents.

**NEC RESEARCH INSTITUTE**, Princeton, NJ                                            **1992 – 1994**
*Research Fellow*
- Worked on optical interconnects for parallel processing.
- Investigated multi-dimensional switches using wavelength, space and time.
- Designed a wavelength router/switch using free-space optics.

**IBM RESEARCH CENTER**, Hawthorne, NY                                               **1990 – 1992**
*Research Associate*
- Developed and prototyped a gigabit switch.
- Built a testbed of multi-wavelength optical network.
- Developed algorithms for WDMA using AO tunable filters.

**ISRAEL PRODUCT RESEARCH CO. (ISPRA) LTD.**, Herzliya, Israel                    **1984 – 1989**
*Head of Fiber-optics Systems Engineering*
- Pioneered security products using fiber optic sensors.
- Conducted research & development in fiber optic sensors.
- Co-developed and deployed a large fiber optic data communications network.

## EDUCATION

**COLUMBIA UNIVERSITY**, New York, NY
- Ph.D., Electrical Engineering, 1993.
- M.Phil, Electrical Engineering, 1991.

**TEL AVIV UNIVERSITY**, Tel Aviv, Israel
- MBA, Recanati Business School, 1989.
- MSc., Electrical Engineering, 1984.
- BSc., magna cum laude, Electrical Engineering, 1979.

## PUBLICATIONS / PATENTS / OTHER

- Numerous publications in proceedings and conference papers.
- Numerous US and international patents issued.
- Served on several government agencies expert panels (NSF, NIH).
- IEEE Senior Member.
- Featured speaker on several industry sponsored webinars.
- Served as an expert witness/consultant in IP litigation, IPR, ITC, FRAND, PCA, AAA cases.

## RECENT EXPERT WITNESS CONSULTING[1]

- 2019: Philips v. HTC (Litigation, UK)
- 2019: Ericsson v. Tishman Interiors (AAA Arbitration)
- 2019: Uniloc v. Huawei et al. (Litigation)
- 2018: Intel et al. v. Hera Wireless (IPR)
- 2018: Deutsche Telecom v. The Republic of India (UNCITRAL Arbitration, Paris Tribunal)
- 2017: Devas v. The Republic of India (UNCITRAL Arbitration, The Hague Tribunal)
- 2017: RPX Corp. et al. v. Iridescent Networks (IPR)
- 2017: Intellectual Ventures v. FedEx (Litigation)
- 2017: FedEx v. Intellectual Ventures (IPR)
- 2016: BASCOM v. AT&T
- 2016: Ericsson (licensor) – HTC (licensee) SEP analysis (FRAND)
- 2016: Toshiba v. Quanta
- 2015: NXP v. Dell (ITC)
- 2015: Sharp (licensor) – HTC (licensee) SEP analysis (FRAND)
- 2015: InterDigital (licensor) – HTC (licensee) SEP analysis (FRAND)
- 2014: MLR v. Dell
- 2014: NSN (licensor) – HTC (licensee) SEP analysis (FRAND)

---

[1] Represented parties are underlined.

Case 1:19-cv-01161-RGA   Document 26-2   Filed 09/24/20   Page 14 of 15 PageID #: 323

**ADDENDUM**

**List of Publications**

- J. Sharony, V. Ramanna, "Self Learning Real Time Location Tracking in Wireless Sensor Networks," Accepted to WiCOM, The 5th International Conference on Wireless Communications, Networking and Mobile Computing, China, 2009.
- J. Sharony, "Introduction to Wireless MIMO – Theory and Applications", IEEE LI, November 2006.
- J. Sharony, M. Sen: "Bandwidth management in 802.11 wireless LANs," ICC 2004 - IEEE International Conference on Communications, vol. 27, no. 1, Paris, France, June 2004 pp. 3837-3843.
- L-T.Cheok, J.Sharony and A.Eleftheriadis, "A SMIL-enabled Mobile Shopping Mall Application," SMILEurope Conference, Paris, France, February 2003.
- L-T.Cheok, J.Sharony and A.Eleftheriadis, "Symshop: A Mobile Shopping Mall Application," International Conference on Mobile and Ubiquitous Multimedia (MUM), Oulu, Finland, December 2002.
- J. Sharony, "Effective Throughput of 802.11 Wireless LAN with Interference from Nearby Cells," Proc. of Mobile Multimedia Communications (MoMuC), 7th International Workshop, Tokyo, Japan, 2000.
- J. Sharony: "An Architecture for Mobile Radio Networks With Dynamically Changing Topology Using Virtual Subnets," Mobile Networks & Applications, vol. 1, no. 1, 1996 pp. 75-86.
- J. Sharony, "A Multi-Star Optical Backbone Network Suitable for Distributed Microcellular Wireless Systems," Proc. of IEEE GLOBECOM'96, London, UK, November, 1996.
- J. Sharony, A. C. Sevdinoglou: "On-line distributed TDMA/FDMA/CDMA Link Assignment in Mobile Radio Networks with Flexible Directivity," Hazeltine Technical Bulletin, 1996.
- Y. Li, T. Wang, Z. G. Pan, J. Sharony: "Minimum-Complexity Free-Space Optical Nonblocking Networks for Multicast Interconnect Applications," Optical Letters, vol. 19, no. 8, April 1994 pp. 515-517.
- Y. Li, T. Wang, Z. G. Pan, J. Sharony: "Complexity-Minimized Optical Non-Blocking Interconnects for Multicast Computer Communications," Proceedings of the SPIE - Advances in Optical Information Processing VI 2240:192-204, 1994.
- Y. Li, T. Wang, J. Sharony, "Free-Space Optical Interconnects Using Connectivity-Enhanced Mesh-Based Networks," Optical Engineering, vol. 33, no. 5, 1994 pp. 1532-1542.
- Y. Li, T. Wang, Z. G. Pan, J. Sharony: "Free-Space Optical Implementations of Connectivity-Enhanced Mesh-Based Networks," Proceedings of the SPIE - International Society for Optical Engineering Optoelectronic Interconnects II, vol. 2153 pp. 57-68, 1994.
- J. Sharony, T. Stern, Y. Li: "The universality of multidimensional switching networks," IEEE/ACM Transactions on Networking, vol. 2, no. 6, December 1994 pp. 602-612.
- J. Sharony, "Broadcast and switch – A new class of WDM networks for high switching-speed, high connectivity applications," in Photonics in Switching Topical Meeting'93 Digest, Palm Springs, CA, Mar. 1993.
- J. Sharony, K. W. Cheung, T. E. Stern: "The Wavelength Dilation Concept in Lightwave Networks – Implementation and System Considerations," Journal of Lightwave Technology, vol. 11, no. 5/6, May/June 1993 pp. 900-907.
- J. Sharony: "Architectures of Dynamically Reconfigurable Wavelength Routing/Switching Networks," Ph.D. Thesis, Columbia University, May 1993.
- J. Sharony, K. W. Cheung, T. E. Stern: "Wavelength Dilated Switches (WDS) – A New Class of Suppressed Crosstalk, Dynamic Wavelength-Routing Crossconnects," OFC'92, paper TuO3, San Jose, CA, Feb 1992.
- J. Sharony, C. Georgiou: "Wavelength Selective Optical Crossconnect," IBM Technical Disclosure Bulletin, vol. 34, no. 10A, March 1992.
- J. Sharony, S. Jiang, T. Stern, K. Cheung: "Wavelength Rearrangeable and Strictly Non-Blocking Networks," Electronics Letters, vol. 28, no. 2, March 1992 pp. 536-537.
- J. Sharony, K. W. Cheung, T. E. Stern: "The Wavelength Dilation Concept – Implementation and System Considerations," Proc. ICC'92, paper 330.3, Chicago, IL, June 1992.
- J. Sharony, K. W. Cheung, T. E. Stern: "Wavelength Dilated Switches (WDS) – A New Class of High Density, Suppressed Crosstalk, Dynamic Wavelength-Routing Crossconnects," IEEE Photonics Technology Letters, vol. 4, no. 8, August 1992 pp. 933-935.
- Y. Li, T. Jiang, J. Sharony: "Massively Parallel Free-Space Optical Clos Network Using Wavelength-Division Multiple Access," Electronics Letters, vol. 28, no.21, October 1992 pp. 2001-2002.

- J. Sharony, T. E. Stern, K. W. Cheung: "Extension of Classical Rearrangeable and Non-Blocking Networks to the Wavelength Dimension," Proc. of IEEE GLOBECOM'92, December, 1992.
- J. Sharony: "Bounds on Threshold Effects in Frequency Estimation," Master Thesis, Tel Aviv University, April 1984.

**List of Issued U.S. Patents**
- 10,200,924 - Small-cell gateway configured for multiple air interfaces
- 10,080,177 - Unlicensed spectrum offload architecture for small-cell base stations
- 10,028,188 - Location processing in small cells implementing multiple air interfaces
- 9,854,489 - Location processing in small cells implementing multiple air interfaces
- 9,807,657 - Small-cell gateway configured for multiple air interfaces
- 9,474,500 - Method and system for transfer of cardiac medical image data files
- 9,161,273 - Small cells implementing multiple air interfaces
- 9,148,835 - Small cells implementing multiple air interfaces
- 9,143,996 - Small cells implementing multiple air interfaces
- 9,125,121 - Small cells implementing multiple air interfaces
- 9,088,923 - Small cells implementing multiple air interfaces
- 9,014,702 - Wireless location processing in small cells implementing multiple air interfaces
- 7,827,610 - Wireless LAN intrusion detection based on location
- 7,778,649 - System and method for asset location in wireless networks
- 7,706,809 - RF tracking system and method
- 7,668,201 - Bandwidth management in wireless networks
- 7,596,388 - Sectorized wireless communication network operating under 802.11 specifications
- 7,426,383 - Wireless LAN intrusion detection based on location
- 7,373,154 - System and method for asset location in wireless networks
- 7,174,172 - System and method for asset location in wireless networks
- 7,164,929 - Method and apparatus for location tracking in a multi-path environment
- 7,069,024 - System and method for determining location of rogue wireless access point
- 7,039,358 - Coexistence techniques in wireless networks
- 7,019,663 - RF tracking system and method
- 6,990,587 - Cryptographic architecture for secure, private biometric identification
- 6,925,094 - System and method for wireless network channel management
- 6,853,293 - Wearable communication system
- 6,735,445 - System and method for medium access control in a wireless network
- 6,577,609 - Local addressing of mobile units in a WLAN with multicast packet addressing
- 6,411,608 - Method and apparatus for variable power control in wireless communications systems
- 5,953,143 - Multidimensional switching networks
- 5,742,593 - On-line distributed TDMA/FDMA/CDMA link assignment in mobile radio networks with flexible directivity
- 5,652,751 - Architecture for mobile radio networks with dynamically changing topology using virtual subnets
- 5,495,356 - Multidimensional switching networks
- 4,867,820 - Preparation of laminated structure containing an optical fiber
- 4,847,596 - Wallpaper comprising an optical fibre