Case 1:19-cv-01161-RGA    Document 26-4    Filed 09/24/20    Page 1 of 10 PageID #: 488

# EXHIBIT I

CHANNEL SOUNDING METHOD IN WIRELESS LOCAL AREA NETWORK SYSTEM AND APPARATUS FOR SUPPORTING THE SAME

**Exhibit I**

**Preliminary Analysis of Infringement of U.S. Patent No. 9,350,434**

Aegis 11 S.A. ("Aegis 11"), owner of U.S. Patent No. 9,350,434 (the "'434 patent") entitled "Channel Sounding Method in Wireless Local Area Network System and Apparatus for Supporting the Same" provides this preliminary and exemplary infringement analysis with respect to Defendant Belkin International, Inc.'s ( "Belkin") infringement of the '434 patent.

Belkin directly infringes the '434 patent in violation of 35 U.S.C. § 271(a) by selling, offering to sell, making, using, and/or importing instrumentalities which embody the claimed features of the patented invention.

Unless otherwise noted, Aegis 11 believes and contends that each element of each claim asserted herein is literally met through Belkin's provision of the '434 Patent Accused Instrumentalities, as that term is defined in the Complaint. However, to the extent that Belkin attempts to allege that any asserted claim element is not literally met, Aegis 11 believes and contends that such elements are met under the doctrine of equivalents. More specifically, in its investigation and analysis of the '434 Patent Accused Instrumentalities sold, offered for sale, made, used, and/or imported by Belkin, Aegis 11 did not identify any substantial differences between the elements of the patent claims and the corresponding features of the '434 Patent Accused Instrumentalities, as set forth herein. In each instance, the identified feature of the '434 Patent Accused Instrumentalities performs at least substantially the same function in substantially the same way to achieve substantially the same result as the corresponding claim element.

Aegis 11 notes that the present claim chart and analysis are necessarily preliminary because Aegis 11 has not received any discovery from Belkin, nor has Belkin disclosed any analysis in support of any purported non-infringement positions. Further, Aegis 11 does not have the benefit of claim construction or expert discovery. Aegis 11 hereby specifically reserves the right to supplement and/or amend the positions taken in this preliminary and exemplary infringement analysis, including with respect to literal infringement and infringement under the doctrine of equivalents, if and when warranted by further information obtained by Aegis 11 prior to or during the pendency of the litigation, including information adduced through fact discovery, claim construction, expert discovery, and/or further analysis. Nothing in this preliminary and exemplary infringement analysis constitutes an implicit or explicit proposal regarding the construction of any claim term or phrase.

CHANNEL SOUNDING METHOD IN WIRELESS LOCAL AREA NETWORK SYSTEM AND APPARATUS FOR SUPPORTING THE SAME

| '434 Patent Claim 4 | Evidence in 802.11ac-2013 |
|---|---|
| A station configured to perform channel sounding in a wireless local area network, the station comprising:<br><br>a transceiver configured to transmit and receive signals; and<br><br>**a processor operatively connected to the transceiver and configured to:**<br><br>**receive a 20 MHz null data packet announcement (NDPA) frame and at least one duplicate 20 MHz NDPA frame, the at least one duplicate 20 MHz NDPA frame being a duplicate of the 20 MHz NDPA frame;**<br><br>receive a null data packet (NDP) following the 20 MHz NDPA frame and the at least one duplicate 20 MHz NDPA frame, wherein a bandwidth over which the 20 MHz NDPA frame and the at least one duplicate 20 MHz NDPA frame are transmitted is same as a bandwidth over which the NDP is transmitted; and<br><br>transmit a report frame for the channel sounding,<br><br>wherein the 20 MHz NDPA frame and the at least one duplicate 20 MHz NDPA frame comprise bandwidth information indicating the bandwidth over which the 20 MHz NDPA frame and the at least one duplicate 20 MHz NDPA frame are transmitted. | **8.3.1.20 VHT NDP Announcement frame format**<br><br>The frame format of the VHT NDP Announcement frame is shown in Figure 8-29j.<br><br><br><br>**Figure 8-29j—VHT NDP Announcement frame format**<br><br>The TA field value is the address of the STA transmitting the VHT NDP Announcement frame or a bandwidth signaling TA. In a VHT NDP Announcement frame transmitted by a VHT STA in a non-HT or non-HT duplicate format and where the scrambling sequence carries the TXVECTOR parameter CH_BANDWIDTH_IN_NON_HT, the TA field value is a bandwidth signaling TA.<br><br>**3.2 Definitions specific to IEEE 802.11**<br><br>**non-high-throughput (non-HT) duplicate**: A transmission format of the physical layer (PHY) that duplicates a 20 MHz non-HT transmission in two ~~adjacent~~ or more 20 MHz channels and allows a station (STA) in a non-HT basic service set (BSS) on ~~either channel~~ any one of the 20 MHz channels to receive the transmission. A non-HT duplicate format is one of the following:<br><br>1) 40 MHz non-HT duplicate: A transmission format of the PHY that replicates a 20 MHz non-HT transmission in two adjacent 20 MHz channels.<br><br>2) 80 MHz non-HT duplicate: A transmission format of the PHY that replicates a 20 MHz non-HT transmission in four adjacent 20 MHz channels.<br><br>3) 160 MHz non-HT duplicate: A transmission format of the PHY that replicates a 20 MHz non-HT transmission in eight adjacent 20 MHz channels.<br><br>4) 80+80 MHz non-HT duplicate: A transmission format of the PHY that replicates a 20 MHz non-HT transmission in two frequency segments of four adjacent 20 MHz channels where the two frequency segments of channels are not adjacent. |

CHANNEL SOUNDING METHOD IN WIRELESS LOCAL AREA NETWORK SYSTEM AND APPARATUS FOR SUPPORTING THE SAME

| '434 Patent Claim 4 | Evidence in 802.11ac-2013 |
|---|---|
| | **22. Very High Throughput (VHT) PHY specification**<br><br>**22.1 Introduction**<br><br>**22.1.1 Introduction to the VHT PHY**<br><br>Clause 22 specifies the PHY entity for a very high throughput (VHT) orthogonal frequency division multiplexing (OFDM) system.<br><br>In addition to the requirements in Clause 22, a VHT STA shall be capable of transmitting and receiving PPDUs that are compliant with the mandatory PHY specifications defined in Clause 20.<br><br>A VHT STA shall support the following features:<br>— Non-HT and non-HT duplicate formats (transmit and receive) for all channel widths supported by the VHT STA<br>— HT-mixed format (transmit and receive)<br>— VHT format (transmit and receive)<br>— 20 MHz, 40 MHz, and 80 MHz channel widths<br>— Single spatial stream VHT-MCSs 0 to 7 (transmit and receive) in all supported channel widths<br>— Binary convolutional coding |

CHANNEL SOUNDING METHOD IN WIRELESS LOCAL AREA NETWORK SYSTEM AND APPARATUS FOR SUPPORTING THE SAME

| *'434 Patent Claim 4* | *Evidence in 802.11ac-2013* |
|---|---|
| A station configured to perform channel sounding in a wireless local area network, the station comprising:<br><br>a transceiver configured to transmit and receive signals; and<br><br>**a processor operatively connected to the transceiver and configured to:**<br><br>receive a 20 MHz null data packet announcement (NDPA) frame and at least one duplicate 20 MHz NDPA frame, the at least one duplicate 20 MHz NDPA frame being a duplicate of the 20 MHz NDPA frame;<br><br>**receive a null data packet (NDP) following the 20 MHz NDPA frame and the at least one duplicate 20 MHz NDPA frame**, wherein a bandwidth over which the 20 MHz NDPA frame and the at least one duplicate 20 MHz NDPA frame are transmitted is same as a bandwidth over which the NDP is transmitted; and<br><br>transmit a report frame for the channel sounding,<br><br>wherein the 20 MHz NDPA frame and the at least one duplicate 20 MHz NDPA frame comprise bandwidth information indicating the bandwidth over which the 20 MHz NDPA frame and the at least one duplicate 20 MHz NDPA frame are transmitted. | **9.31.5.2 Rules for VHT sounding protocol sequences**<br><br>A VHT beamformer shall initiate a sounding feedback sequence by transmitting a VHT NDP Announcement frame followed by a VHT NDP after a SIFS. The VHT beamformer shall include in the VHT NDP Announcement frame one STA Info field for each VHT beamformee that is expected to prepare VHT Compressed Beamforming feedback and shall identify the VHT beamformee by including the VHT beamformee's AID in the AID subfield of the STA Info field. The VHT NDP Announcement frame shall include at least one STA Info field.<br><br>An example of the VHT sounding protocol with a single VHT beamformee is shown in Figure 9-41a.<br><br><br><br>**Figure 9-41a—Example of the sounding protocol with a single VHT beamformee** |

4

CHANNEL SOUNDING METHOD IN WIRELESS LOCAL AREA NETWORK SYSTEM AND APPARATUS FOR SUPPORTING THE SAME

| *'434 Patent Claim 4* | *Evidence in 802.11ac-2013* |
|---|---|
| A station configured to perform channel sounding in a wireless local area network, the station comprising:<br><br>a transceiver configured to transmit and receive signals; and<br><br>**a processor operatively connected to the transceiver and configured to:**<br><br>receive a 20 MHz null data packet announcement (NDPA) frame and at least one duplicate 20 MHz NDPA frame, the at least one duplicate 20 MHz NDPA frame being a duplicate of the 20 MHz NDPA frame;<br><br>receive a null data packet (NDP) following the 20 MHz NDPA frame and the at least one duplicate 20 MHz NDPA frame, **wherein a bandwidth over which the 20 MHz NDPA frame and the at least one duplicate 20 MHz NDPA frame are transmitted is same as a bandwidth over which the NDP is transmitted**; and<br><br>transmit a report frame for the channel sounding, wherein the 20 MHz NDPA frame and the at least one duplicate 20 MHz NDPA frame comprise bandwidth information indicating the bandwidth over which the 20 MHz NDPA frame and the at least one duplicate 20 MHz NDPA frame are transmitted. | **9.31.6 Transmission of a VHT NDP**<br><br>A VHT NDP shall use the SU PPDU format as described in 22.1.4. A STA shall transmit a VHT NDP using the following TXVECTOR parameters:<br><br>— APEP_LENGTH set to 0<br>— NUM_USERS set to 1<br>— NUM_STS indicates two or more space-time streams<br>— CH_BANDWIDTH set to the same value as the TXVECTOR parameter CH_BANDWIDTH in the preceding VHT NDP Announcement frame<br>— GROUP_ID and PARTIAL_AID are set as described in 9.17a |

CHANNEL SOUNDING METHOD IN WIRELESS LOCAL AREA NETWORK SYSTEM AND APPARATUS FOR SUPPORTING THE SAME

| '434 Patent Claim 4 | Evidence in 802.11ac-2013 |
|---|---|
| A station configured to perform channel sounding in a wireless local area network, the station comprising:<br><br>a transceiver configured to transmit and receive signals; and<br><br>**a processor operatively connected to the transceiver and configured to:**<br><br>receive a 20 MHz null data packet announcement (NDPA) frame and at least one duplicate 20 MHz NDPA frame, the at least one duplicate 20 MHz NDPA frame being a duplicate of the 20 MHz NDPA frame;<br><br>receive a null data packet (NDP) following the 20 MHz NDPA frame and the at least one duplicate 20 MHz NDPA frame, wherein a bandwidth over which the 20 MHz NDPA frame and the at least one duplicate 20 MHz NDPA frame are transmitted is same as a bandwidth over which the NDP is transmitted; and<br><br>**transmit a report frame for the channel sounding,**<br><br>wherein the 20 MHz NDPA frame and the at least one duplicate 20 MHz NDPA frame comprise bandwidth information indicating the bandwidth over which the 20 MHz NDPA frame and the at least one duplicate 20 MHz NDPA frame are transmitted. | **9.31.5.2 Rules for VHT sounding protocol sequences**<br><br>A VHT beamformer shall initiate a sounding feedback sequence by transmitting a VHT NDP Announcement frame followed by a VHT NDP after a SIFS. The VHT beamformer shall include in the VHT NDP Announcement frame one STA Info field for each VHT beamformee that is expected to prepare VHT Compressed Beamforming feedback and shall identify the VHT beamformee by including the VHT beamformee's AID in the AID subfield of the STA Info field. The VHT NDP Announcement frame shall include at least one STA Info field.<br><br>A non-AP VHT beamformee that receives a VHT NDP Announcement frame from a VHT beamformer with which it is associated or has an established DLS or TDLS session and that contains the VHT beamformee's AID in the AID subfield of the first (or only) STA Info field and also receives a VHT NDP a SIFS after the VHT NDP Announcement frame shall transmit the PPDU containing its VHT Compressed Beamforming feedback a SIFS after the VHT NDP. A VHT beamformee that is an AP, mesh STA, or STA that is a member of an IBSS, that receives a VHT NDP Announcement frame with the RA matching its MAC address and the AID subfield of the only STA Info field set to 0, and that also receives a VHT NDP a SIFS after the VHT NDP Announcement frame shall transmit the PPDU containing its VHT Compressed Beamforming feedback a SIFS after the VHT NDP. The TXVECTOR parameter CH_BANDWIDTH of the PPDU containing the VHT Compressed Beamforming feedback shall be set to indicate a bandwidth not wider than that indicated in the RXVECTOR parameter CH_BANDWIDTH of the received VHT NDP frame. A STA ignores received VHT NDP Announcement, VHT NDP, and Beamforming Report Poll frames if dot11VHTSUBeamformeeImplemented is false.<br><br>An example of the VHT sounding protocol with a single VHT beamformee is shown in Figure 9-41a.<br><br><br><br>**Figure 9-41a—Example of the sounding protocol with a single VHT beamformee** |

CHANNEL SOUNDING METHOD IN WIRELESS LOCAL AREA NETWORK SYSTEM AND APPARATUS FOR SUPPORTING THE SAME

| *'434 Patent Claim 4* | *Evidence in 802.11ac-2013* |
|---|---|
| A station configured to perform channel sounding in a wireless local area network, the station comprising:<br><br>a transceiver configured to transmit and receive signals; and<br><br>**a processor operatively connected to the transceiver and configured to:**<br><br>receive a 20 MHz null data packet announcement (NDPA) frame and at least one duplicate 20 MHz NDPA frame, the at least one duplicate 20 MHz NDPA frame being a duplicate of the 20 MHz NDPA frame;<br><br>receive a null data packet (NDP) following the 20 MHz NDPA frame and the at least one duplicate 20 MHz NDPA frame, wherein a bandwidth over which the 20 MHz NDPA frame and the at least one duplicate 20 MHz NDPA frame are transmitted is same as a bandwidth over which the NDP is transmitted; and<br><br>transmit a report frame for the channel sounding,<br><br>**wherein the 20 MHz NDPA frame and the at least one duplicate 20 MHz NDPA frame comprise bandwidth information indicating the bandwidth over which the 20 MHz NDPA frame and the at least one duplicate 20 MHz NDPA frame are transmitted.** | **8.3.1.20 VHT NDP Announcement frame format**<br><br>The frame format of the VHT NDP Announcement frame is shown in Figure 8-29j.<br><br><br><br>**Figure 8-29j—VHT NDP Announcement frame format**<br><br>The TA field value is the address of the STA transmitting the VHT NDP Announcement frame or a bandwidth signaling TA. In a VHT NDP Announcement frame transmitted by a VHT STA in a non-HT or non-HT duplicate format and where the scrambling sequence carries the TXVECTOR parameter CH_BANDWIDTH_IN_NON_HT, the TA field value is a bandwidth signaling TA. |

CHANNEL SOUNDING METHOD IN WIRELESS LOCAL AREA NETWORK SYSTEM AND APPARATUS FOR SUPPORTING THE SAME

| *'434 Patent Claim 4* | *Evidence in 802.11ac-2013* |
|---|---|
| | **18.3.5 DATA field**<br><br>**18.3.5.5 PLCP DATA scrambler and descrambler**<br>Table 18-6a—Contents of the first 7 bits of the scrambling sequence<br><br>*(see table below)* |

**18.3.5 DATA field**

**18.3.5.5 PLCP DATA scrambler and descrambler**

Table 18-6a—Contents of the first 7 bits of the scrambling sequence

| Parameter | Condition | First 7 bits of scrambling sequence B0 | B3 | B4 | B5 | B6 |
|---|---|---|---|---|---|---|
| | | Transmit order → | | | | |
| TXVECTOR | CH_BANDWIDTH_IN_NON_HT is present and DYN_BANDWIDTH_IN_NOT_HT is not present in TXVECTOR | 5-bit pseudorandom nonzero integer if CH_BANDWIDTH_IN_NON_HT equals CBW20 and a 5-bit pseudorandom integer otherwise | | | CH_BANDWIDTH_IN_NON_HT | |
| TXVECTOR | CH_BANDWIDTH_IN_NON_HT is present and DYN_BANDWIDTH_IN_NOT_HT is present in TXVECTOR | 4-bit pseudorandom nonzero integer if CH_BANDWIDTH_IN_NON_HT equals CBW20 and DYN_BANDWIDTH_IN_NON_HT equals Static, and a 4-bit pseudorandom integer otherwise | | DYN_BANDWIDTH_IN_NON_HT | | |

8

| '434 Patent Claim 4 | Evidence in 802.11ac-2013 |
|---|---|
|  | **Table 18-6b—TXVECTOR parameter CH_BANDWIDTH_IN_NON_HT values** <br><br> <table><tr><td>**Enumerated value**</td><td>**Value**</td></tr><tr><td>CBW20</td><td>0</td></tr><tr><td>CBW40</td><td>1</td></tr><tr><td>CBW80</td><td>2</td></tr><tr><td>CBW160 or CBW80+80</td><td>3</td></tr></table> <br><br> **18.2.2.7 TXVECTOR CH_BANDWIDTH_IN_NON_HT** <br><br> If present, the allowed values for CH_BANDWIDTH_IN_NON_HT are CBW20, CBW40, CBW80, CBW160, and CBW80+80. If present, this parameter is used to modify the first 7 bits of the scrambling sequence to indicate the bandwidth of the non-HT duplicate PPDU. <br><br> NOTE—The CH_BANDWIDTH_IN_NON_HT parameter is not present when the frame is transmitted by a non-VHT STA. The CH_BANDWIDTH_IN_NON_HT parameter is not present when the frame is transmitted by a VHT STA to a non-VHT STA. See 9.7.10. |